# GUARDIAN DIGITAL FORENSICS

**Forensics Report**
Date: February 2nd, 2015
Prepared By: Lars Daniel, EnCE, ACE, AME, CTNS, SCE, SCCM, SCA
Case Name: Daniel Harris
Case Number: 20140211-01

**Narrative**

All references to evidence items in this report will use the same naming conventions as the law enforcement reports.

**Skype ChatSync**

Skype has a function known as ChatSync. The purpose of ChatSync is to synchronize all messages between devices. For example, if chatting is performed on Skype using computer A, and then the same user account is logged into on computer B, Skype will attempt to copy, or sync, all of the chats that happened on computer A to computer B.

With ChatSync, a Skype user account would only need to be logged into one time on a computer in order to synchronize all of the messages related to that account.

Also, A Skype user folder can be copied from one computer to another. For example, the chats for the username "roanokesports16" reside in the following location on the "Dell Laptop" (ITEM_001):

Harris, Dan\ITEM_001 320GB HDD\E\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db

If the main.db file was copied from computer A, it could be placed in the appropriate folder on computer B and it would look the same as if the chats had been originally created on computer B.



1

# iPhone Dynamic Dictionary

The iPhone Dynamic Dictionary from evidence item "Suspect's iPhone" (ITEM_009) contains only terms that have been typed in by a user. The most recent few hundred entries in the Dynamic Dictionary are in chronological order. The rest of the terms are not in chronological order.

There is no date or time associated with the terms contained within the Dynamic Dictionary, including terms still in chronological order.

## Splashtop Artifacts

Splashtop is a software program that allows a user to access a computer remotely using another computer, smartphone, or tablet.

The following artifacts related to Splashtop exist on the "Dell Laptop" (ITEM_001):

| Name | Last Accessed | File Created | Last Written | Entry Modified | Full Path |
|---|---|---|---|---|---|
| Splashtop | 02/11/12 11:49:36AM | 02/01/11 08:20:57AM | 02/11/12 11:49:36AM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop |
| Splashtop Remote | 02/11/12 11:49:36AM | 02/11/12 11:49:36AM | 02/11/12 11:49:36AM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote |
| Splashtop Remote Software Updater | 04/26/11 06:52:55AM | 02/01/11 08:21:10AM | 04/26/11 06:52:55AM | 04/26/11 06:52:55AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote Software Updater |
| WCUAgent.exe | 02/01/11 08:21:10AM | 12/17/10 12:19:08AM | 12/17/10 12:19:08AM | 04/26/11 06:52:55AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote Software Updater\WCUAgent.exe |

2

| Name | Created | Modified | Accessed | Path |
|---|---|---|---|---|
| Server | 09/30/13 07:57:42PM | 02/11/12 11:49:36AM | 09/30/13 07:57:42PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server |
| Acknowledgements.htm | 03/31/13 04:34:39PM | 01/28/13 01:55:36PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\Acknowledgements.htm |
| DataProxy.exe | 03/31/13 04:34:39PM | 01/28/13 02:22:38PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\DataProxy.exe |
| Elevator.exe | 03/31/13 04:34:39PM | 01/28/13 01:55:36PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\Elevator.exe |
| EULA.htm | 03/31/13 04:34:39PM | 01/28/13 01:55:36PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\EULA.htm |
| inputserv.exe | 02/11/12 11:49:36AM | 10/24/11 07:01:14PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\inputserv.exe |
| libcelt-0.dll | 02/11/12 11:49:36AM | 10/05/11 09:23:26PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\libcelt-0.dll |
| libx264-116.dll | 03/31/13 04:34:39PM | 01/28/13 01:55:50PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\libx264-116.dll |
| libx264-83.dll | 02/11/12 11:49:36AM | 10/05/11 09:23:28PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\libx264-83.dll |
| NvFBC.dll | 02/11/12 11:49:36AM | 10/05/11 09:27:12PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\NvFBC.dll |

| plugin | 03/31/13 04:34:40PM | 02/11/12 11:49:36AM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin |
|---|---|---|---|---|
| SRAppAnnotation.dll | 03/31/13 04:34:40PM | 01/28/13 02:22:56PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin\SRAppAnnotation.dll |
| SRAppBrowser.dll | 03/31/13 04:34:40PM | 01/28/13 02:22:58PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin\SRAppBrowser.dll |
| SRAppCam.dll | 03/31/13 04:34:40PM | 01/28/13 02:23:00PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin\SRAppCam.dll |
| SRAppED.dll | 03/31/13 04:34:40PM | 01/28/13 02:23:02PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin\SRAppED.dll |
| SRAppFileHound.dll | 03/31/13 04:34:41PM | 01/28/13 02:23:04PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\plugin\SRAppFileHound.dll |
| spinst.exe | 02/11/12 11:49:36AM | 10/24/11 07:01:16PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\spinst.exe |
| SPLog.txt | 09/30/13 07:57:42PM | 02/14/12 12:02:36AM | 10/16/13 09:31:07PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\SPLog.txt |
| SPLog.txt.bak | 05/06/13 08:16:34AM | 02/14/12 12:02:36AM | 09/30/13 07:57:42PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\SPLog.txt.bak |
| spmon.sys | 02/11/12 11:49:36AM | 10/24/11 06:39:42PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\spmon.sys |

4

| Name | Date 1 | Date 2 | Date 3 | Path |
|---|---|---|---|---|
| spmon64.sys | 02/11/12 11:49:36AM | 10/24/11 06:39:08PM | 10/24/11 06:39:08PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\spmon64.sys |
| spupnp.exe | 03/31/13 04:34:39PM | 01/28/13 02:22:40PM | 01/28/13 02:22:40PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\spupnp.exe |
| SRAudioResample.dll | 03/31/13 04:34:39PM | 01/28/13 02:22:40PM | 01/28/13 02:22:40PM | 03/31/13 04:34:39PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRAudioResample.dll |
| SRDxgiCaptor.dll | 03/31/13 04:34:40PM | 01/28/13 02:22:42PM | 01/28/13 02:22:42PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRDxgiCaptor.dll |
| SRFeature.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:44PM | 01/28/13 02:22:44PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRFeature.exe |
| SRLogin.exe | 02/11/12 11:49:36AM | 10/24/11 07:01:56PM | 10/24/11 07:01:56PM | 02/11/12 11:49:36AM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRLogin.exe |
| SRSendLog.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:46PM | 01/28/13 02:22:46PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRSendLog.exe |
| SRServer.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:48PM | 01/28/13 02:22:48PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRServer.exe |
| SRServer.pem | 03/31/13 04:34:40PM | 01/28/13 01:50:40PM | 01/28/13 01:50:40PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRServer.pem |
| SRService.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:50PM | 01/28/13 02:22:50PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRService.exe |
| SRSOOBE.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:52PM | 01/28/13 02:22:52PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRSOOBE.exe |

| Name | Created | Modified | Accessed | Path |
|---|---|---|---|---|
| SRUpdate.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:54PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRUpdate.exe |
| SRUpdateInstall.exe | 03/31/13 04:34:40PM | 01/28/13 02:22:04PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRUpdateInstall.exe |
| SRx264Wrapper.dll | 03/31/13 04:34:40PM | 01/28/13 02:22:56PM | 03/31/13 04:34:40PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\SRx264Wrapper.dll |
| STRLOG | 03/31/13 04:35:11PM | 02/11/12 11:50:01AM | 03/31/13 04:35:11PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\STRLOG |
| splashtop.bl | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\STRLOG\splashtop.bl |
| Upload | 03/31/13 04:35:19PM | 02/11/12 11:50:01AM | 03/31/13 04:35:19PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\STRLOG\Upload |
| VirtualDriver | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\VirtualDriver |
| 64bits | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\VirtualDriver\64bits |
| hidkmdf.sys | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\VirtualDriver\64bits\hidkmdf.sys |
| sthid.sys | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\VirtualDriver\64bits\sthid.sys |
| WdfCoInstaller01009.dll | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop Remote\Server\VirtualDriver\WdfCoInstaller01009.dll |
| hidkmdf.sys | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop |

6

| | | | | |
|---|---|---|---|---|
| install_driver.bat | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\hidkmdf.sys |
| install_driver64.bat | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\install_driver.bat |
| sthid.cat | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\install_driver64.bat |
| sthid.inf | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\sthid.cat |
| sthid.sys | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\sthid.inf |
| uninstall_driver.bat | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\sthid.sys |
| uninstall_driver64.bat | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\uninstall_driver.bat |
| utils | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\uninstall_driver64.bat |
| devcon.exe | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils |
| devcon64.exe | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\devcon.exe |
| | | | | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\devcon64.exe |

7

| File | Date 1 | Date 2 | Date 3 | Path |
|---|---|---|---|---|
| DIFxCmd.exe | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\DIFxCmd.exe |
| DIFxCmd64.exe | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\DIFxCmd64.exe |
| StHidNotSupport.reg | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\StHidNotSupport.reg |
| StHidSupport.reg | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\utils\StHidSupport.reg |
| WdfCoInstaller01009.dll | 03/31/13 04:34:41PM | 01/28/13 01:55:36PM | 03/31/13 04:34:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Remote\Server\VirtualDriver\WdfCoInstaller01009.dll |
| Splashtop Software Updater | 07/24/12 09:54:41PM | 04/26/11 06:53:00AM | 07/24/12 09:54:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater |
| DefaultUI.dll | 04/26/11 06:53:00AM | 05/08/13 01:21:00AM | 06/07/13 10:54:19PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\DefaultUI.dll |
| SSUAgent.exe | 04/26/11 06:53:00AM | 05/08/13 01:21:02AM | 06/07/13 10:54:18PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\SSUAgent.exe |
| SSUAPI.dll | 04/26/11 06:53:00AM | 05/08/13 01:21:04AM | 06/07/13 10:54:18PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\SSUAPI.dll |
| SSUClient.dll | 04/26/11 06:53:00AM | 05/08/13 01:21:06AM | 06/07/13 10:54:18PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\SSUClient.dll |
| SSUService.exe | 04/26/11 06:53:00AM | 05/08/13 01:21:14AM | 06/07/13 10:54:18PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\SSUService.exe |

8

| | | | |
|---|---|---|---|
| Temp | 07/24/12 09:54:41PM | 07/24/12 09:54:41PM | 07/24/12 09:54:41PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\Temp |
| SRFeature.exe | 07/24/12 09:54:41PM | 07/24/12 09:54:41PM | 06/07/13 10:59:19PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\Temp\SRFeature.exe |
| uninst.exe | 04/26/11 06:53:00AM | 04/26/11 06:53:00AM | 06/07/13 10:54:19PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\uninst.exe |
| WCXInst.exe | 04/26/11 06:53:00AM | 05/08/13 01:21:18AM | 06/07/13 10:54:18PM | Harris, Dan\ITEM_001 320GB HDD\E\Program Files\Splashtop\Splashtop Software Updater\WCXInst.exe |

Splashtop has a free version that allows computers to be accessed via other computers, tablets, and smartphones that are connected to the same I.P Address. Basically, this allows for someone to access a computer remotely in the same home (or anyone connected to the same wireless router).

Splashtop also had paid versions of the service that allows for computers to be accessed remotely using another computer, tablet, or smartphone from anywhere in the world.

In order for Splashtop to be able to access a computer remotely, the computer to be accessed must have Splashtop Streamer installed on it. This application has to be installed by a user one time. Once it is installed, that computer can be accessed remotely at any time.

Splashtop also has the capability to "wake up" computers that are sleeping, and to also send a "power on" command to computers that are turned off and connected to a local area network (LAN) via an Ethernet cable.

**Communications Related to Victim Potentially Seeing Suspect**

The following communications related to the Skype accounts "roanokesports16" and "brinelaxballax165671" show examples of where the chat participants potentially saw the suspect.

All of the chat records below were compiled using Internet Evidence Finder and Microsoft Excel. The sections of chat immediately around the communications which appear to show the suspect have been included in an attempt to maintain the context of the conversations.

9

| Record | Profile Name | Message Sent Date/Time - (UTC 0) | Author | From Display Name | Message | Recipient | Source |
|---|---|---|---|---|---|---|---|
| 85053 | brinelaxballax 165671 | 09/29/2011 01:34:00 PM | | | Hi | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85758 | roanokesports 16 | 09/29/2011 01:34:00 PM | roanokesports16 | John Gill | I'd like to add you on Skype. | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85213 | roanokesports 16 | 09/29/2011 01:34:25 PM | roanokesports16 | John Gill | Hi Gill I'd like to add you on Skype. John | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85047 | brinelaxballax 165671 | 09/29/2011 01:34:34 PM | | | roanokesports16, | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85046 | brinelaxballax 165671 | 09/29/2011 01:34:35 PM | | | WHO ARE U | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85045 | brinelaxballax 165671 | 09/29/2011 01:34:39 PM | | | AGAIN | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85044 | brinelaxballax 165671 | 09/29/2011 01:34:43 PM | roanokesports16 | John Gill | its me from stickam | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85044 | brinelaxballax 165671 | 09/29/2011 01:34:43 PM | | | SHOW ME UR FACE | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85043 | brinelaxballax 165671 | 09/29/2011 01:34:50 PM | roanokesports16 | John Gill | when i see urs first<ss type="smile">:)</ss> | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |

10

| ID | User | Timestamp | | | Message | Contact | Source |
|---|---|---|---|---|---|---|---|
| 85042 | brinelaxballax 165671 | 09/29/2011 01:35:03 PM | ▮ | ▮ | I DONT HAVE A CAM HERE I TOLD U IN SITCAM | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85041 | brinelaxballax 165671 | 09/29/2011 01:35:08 PM | ▮ | ▮ | SICK AT AUTNS SO NO CAM HERE JUST PICS | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85040 | brinelaxballax 165671 | 09/29/2011 01:35:12 PM | ▮ | ▮ | I CAN GO I GUESS | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85039 | brinelaxballax 165671 | 09/29/2011 01:35:13 PM | roanokesports16 | ▮ | no u said u had skype | | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85037 | brinelaxballax 165671 | 09/29/2011 01:35:17 PM | roanokesports16 | John Gill | no cam at all? | ▮ | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85036 | brinelaxballax 165671 | 09/29/2011 01:35:21 PM | ▮ | John Gill | I DIDNT SAY I HAD A CMA HERE | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\brinelaxballax165671\main.db |
| 85241 | roanokesports 16 | 09/29/2011 01:35:51 PM | ▮ | John Gill | SORRY BABE | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85243 | roanokesports 16 | 09/29/2011 01:35:51 PM | roanokesports16 | John Gill | oh... do u have any more super sexy pics<ss type="smile">:-)</ss> | ▮ | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85245 | roanokesports 16 | 09/29/2011 01:35:56 PM | ▮ | ▮ | shwo me ur face on ccam | roanokesports16 | VSS Examiner Data With IEF Data L01 - Partition 1 - VSS Examiner Data With IEF Data L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |

| ID | User | Timestamp | From | To | Message | Partner | Source |
|---|---|---|---|---|---|---|---|
| 85247 | roanokesports 16 | 09/29/2011 01:36:05 PM | roanokesports16 | John Gill | can u send the pics on here<ss type="smile">:)</ss>? | | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85249 | roanokesports 16 | 09/29/2011 01:36:17 PM | | | get on cam first | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85253 | roanokesports 16 | 09/29/2011 01:36:44 PM | ■ | ■ | ur ok | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85255 | roanokesports 16 | 09/29/2011 01:36:50 PM | ■ | ■ | u look older then 20 | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85257 | roanokesports 16 | 09/29/2011 01:36:54 PM | roanokesports16 | John Gill | haha ouch... thats bc my shirt is on... and nope | ■ | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85259 | roanokesports 16 | 09/29/2011 01:36:56 PM | ■ | ■ | <a href="http://s125.photobucket.com/home/moomoocow1800">http://s125.photobucket.com/home/moomoocow1800</a> look under folder besites | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85261 | roanokesports 16 | 09/29/2011 01:37:12 PM | roanokesports16 | John Gill | how far? | ■ | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85263 | roanokesports 16 | 09/29/2011 01:37:34 PM | ■ | ■ | how far what | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85265 | roanokesports 16 | 09/29/2011 01:37:40 PM | roanokesports16 | John Gill | how far into the folder are your naughty ones<ss type="smile">:)</ss> | ■ | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85267 | roanokesports16 | 09/29/2011 01:37:48 PM | | | i dont have nudes | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85269 | roanokesports16 | 09/29/2011 01:37:50 PM | | | i ant a slut | | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85270 | roanokesports16 | 09/29/2011 01:38:08 PM | roanokesports16 | John Gill | haha... your hot though | | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85271 | roanokesports16 | 09/29/2011 01:38:12 PM | roanokesports16 | John Gill | would u take nudes for me? | | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85273 | roanokesports16 | 09/29/2011 01:38:41 PM | | | why would i | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85274 | roanokesports16 | 09/29/2011 01:38:48 PM | roanokesports16 | John Gill | bc ill get nude | | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85275 | roanokesports16 | 09/29/2011 01:39:10 PM | | | that cool but ur a dood | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85276 | roanokesports16 | 09/29/2011 01:39:13 PM | | | ur a slut | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |
| 85278 | roanokesports16 | 09/29/2011 01:39:17 PM | | | ever streak | roanokesports16 | VSS Examiner Data With IEF Data.L01 - Partition 1 - VSS Examiner Data With IEF Data.L01 (User Selected) - [ROOT]\0007\Users\Dan Harris\AppData\Roaming\Skype\roanokesports16\main.db |

13