## *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk   DIVISION

**Monday, March 9, 2015**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr                              Reporter: Paul McManus

| Set: 9:00 a.m. | Started: 11:40 a.m.<br>         12:50 p.m. | Ended: 11:52 a.m.<br>       1:05 p.m. |
|---|---|---|

Case No. 2:14cr76

United States of America

v.

Daniel Chase Harris

All counsel and parties appeared pursuant to adjournment on 3/6/15.

Defendant present in custody.

Matter came on for continuation of trial with jury.

Jury returned to continue their deliberations.

The jury returned with their verdict.

Jury verdict read into the record and filed in open court.

Jury polled on verdict, all answering in the affirmative.  Jurors excused.

Sentencing procedures order, entered and filed in open court.

Sentencing set for July 13, 2015, at 10:00 a.m. in Norfolk.

Oral motion by Government to substitute physical evidence (G-6, 36, 39, 40, 42, 43, 44, 45, 46 47, and 158) for photos, which motion was GRANTED.  Also, Court directed certain exhibits be redacted because of personal identifiers.

Defendant remanded to custody of USM.

Court adjourned.