# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
Norfolk Division

United States of America
PLAINTIFF

v.

Daniel Chase Harris
DEFENDANT

**WITNESS LIST**

Case Number: 2:14cr76

| PRESIDING JUDGE<br>Mark S. Davis | COURTROOM DEPUTY<br>Valerie A. Ward | COURT REPORTER<br>Paul McManus, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>February 18, 2015 | PLAINTIFF ATTORNEY(S)<br>Elizabeth Yusi<br>William Nance | DEFENDANT ATTORNEY(S)<br>Andrew Sacks |

| PLF | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| | | | |
| | | | |
| X | | 2/19/15 | Sgt. Joe Phillips |
| X | | 2/19/15 | H.M. |
| X | | 2/19/15 | Det. Ryan Jason |
| X | | 2/19/15 | Det. Dean Massetti |
| X | | 2/19/15 | Det. Derek Sloan |
| X | | 2/19/15 | Det. Kyle Coffrin |
| X | | 2/19/15 | Lt. Matthew Cronauer |
| X | | 2/20/15 | Deputy Matthew Davis |
| X | | 2/20/15 | Lt. Mike Harmony |
| X | | 2/20/15 | Lt. Travis Amerine |
| X | | 2/20/15 | Lt. Joshua Taylor (Expert) |
| X | | 2/20/15 | S.A. James Cole (Expert) |
| X | | 2/23/15 | Cynthia R. (mother of D.R.) |
| X | | 2/23/15 | A.W. |
| X | | 2/23/15 | C.K. |

| PLF | DFT | Date Appeared | WITNESSES |
|-----|-----|---------------|-----------|
| X | | 2/23/15 | Erin Harris |
| X | | 2/23/15 | S.A. Paul Wolpert (Expert) |
| X | | 2/24/15 | S.A. Paul Wolpert (Expert – cont'd) |
| X | | 2/24/15 | K.L. |
| X | | 2/24/15 | E.K. |
| X | | 2/24/15 | H.K. |
| X | | 2/24/15 | Lt. Joshua Taylor |
| X | | 2/25/15 | Lt. Joshua Taylor (cont'd) |
| X | | 2/25/15 | A.L. |
| X | | 2/25/15 | B.L. |
| X | | 2/25/15 | D.C. |
| X | | 2/25/15 | HSI S.A. Morgan Langer |
| X | | 2/25/15 | Inv. Gary Babb |
| X | | 2/25/15 | Sgt. Stephen Anders |
| X | | 2/25/15 | NCIS S.A. John Sweeney |
| X | | 2/25/15 | Christopher Pieczonka |
| X | | 2/27/15 | Paul Wolpert (Expert) |
| X | | 2/27/15 | Judy Douglas |
| X | | 2/27/15 | Lloyd Seabolt |
| X | | 2/27/15 | Maria Seabolt |
| X | | 2/27/15 | Kristofer Nelson |
| X | | 2/27/15 | John Barnett (Expert) |
| | X | 2/27/15 | Captain Gordon Cross |
| | X | 2/27/15 | Captain Fitzhugh Lee |
| | X | 3/2/15 | Commander Matt Thrasher |
| | X | 3/2/15 | Commander Dustin Peverill |
| | X | 3/2/15 | Commander Matthew Arnold |
| | X | 3/2/15 | Lt. Reed Foster |
| | X | 3/2/15 | Lt. Elliott Shoup |
| | | | |

| PLF | DFT | Date Appeared | WITNESSES |
|---|---|---|---|
|  | X | 3/2/15 | Det. Dean Massetti |
|  | X | 3/2/15 | Lars Daniel (Expert) |
|  | X | 3/3/15 | Lars Daniel (cont'd) |
|  | X | 3/3/15 | Daniel Chase Harris |
|  | X | 3/4/15 | Daniel Chase Harris (cont'd) |
|  | X | 3/5/15 | Daniel Chase Harris (cont'd) |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |