IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) CRIMINAL NO. 2:14cr76 |
| | ) |
| DANIEL CHASE HARRIS, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT EXHIBIT LIST

| No. | Description of Exhibit | Offering Witness | Admitted |
| --- | --- | --- | --- |
| 1 | Curriculum Vitae of Homeland Security Investigations Special Agent Paul Wolpert | Wolpert | 2/23/15 |
| 2 | Screenshots of Facebook of A.L. | ↓ | ↓ |
| 3 | Skype Communications Response re: Username roanokesports16 | ↓ | ↓ |
| 4 | Stipulations re: Business Records | Ameline | 2/20/15 |
| 5 | Yahoo!, Inc. Response re: E-mail brine1234567@yahoo.com | Wolpert | 2/23/15 |
| 6 | A.L.'s Asus Laptop Computer | ↓ | ↓ |
| 7 | Stipulation re: Chain of Custody (Electronic Evidence) | ↓ | ↓ |
| 8 | Images of A.L. from Asus Laptop Computer | Wolpert | 2/23/15 |
| 9 | "Steve Glass" Computer Text Search of A.L.'S Computer | | |
| 10A | Facebook Response re: "Steve Glass" | | |
| 10B | Facebook Response re: "Steve Glass" | ↓ | ↓ |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 11 | WhoIs Lookup re: IP Address 108.11.163.153 | Wolpert | 2/23/15 |
| 12 | Verizon Online Response re: IP Address 108.11.163.153 | | |
| 13 | Verizon Online Response re: IP Addresses 108.11.174.31, 108.11.163.131, 108.11.163.153 | | |
| 14 | Verizon Wireless Response re: IP Address 70.208.147.169 | | |
| 15 | Verizon Wireless Response re: Natting IP Addresses | | |
| 16 | Comcast Response re: IP Address 50.201.95.131 | | |
| 17 | Communications Constructions Services Response re: IP Address | ↓ | ↓ |
| 18A | "Steve Glass" IP Addresses Spreadsheet | Wolpert | 2/23/15 |
| 18B | "Steve Crofton" IP Addresses Spreadsheet | | |
| 19 | Temporary Duty Station and Leave of Defendant | Wolpert | 2/23/15 |
| 20 | "Steve Glass" Profile Picture | | |
| 21 | A.L. Skype Messages | Taylor | 2/24/15 |
| 22 | Pictures of A.L.   [sealed] | A.L | 2/25/15 |
| 23 | CD of A.L. Skype Videos | Taylor | 2/24/15 |
| 23A | Files on Ex. 23 | ↓ | ↓ |
| 24 | Photographs of Weapons School | Cromauer | 2/19/15 |
| 25 | ~~BLANK~~ VFA-27 Royal Maces | Amenise | 2/20/15 |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 26 | ~~BLANK~~ H.M. Info (Facebook) Sheet | H.M. | 2/19/15 |
| 27 | "Steve Crofton" Profile Screenshots | ↓ | ↓ |
| 28A | H.M. Cellular Phone Screenshots re: "Steve Crofton" | H.M. | 2/19/15 |
| 28B | H.M. Cellular Phone Screenshots re: "Will Williams" | ↓ | ↓ |
| 29 | H.M. Photographs from Cellular Phone [sealed] | H.M. | 2/19/15 |
| 30 | "Steve Crofton" Photo Sent to H.M. | ↓ | ↓ |
| 31 | November 2013 Search Warrant for Defendant's Residence in Virginia Beach | Phillips | 2/19/15 |
| 32 | Map of Daniel Chase Harris' Residence in Virginia Beach | ↓ | ↓ |
| 33 | Photographs from Search Warrant of Daniel Chase Harris' Residence in Virginia Beach | Jason | 2/19/15 |
| 34 | February 2014 Search Warrant for Defendant's Residence in Virginia Beach | Phillips | 2/19/15 |
| 35 | Seized Evidence List from February 2014 Search Warrant of Daniel Chase Harris' Residence in Virginia Beach | Jason | 2/19/15 |
| 36 | Canon PowerShot Digital Camera | Taylor | 2/20/15 |
| 37 | CD of Jail Calls Between Defendant and Judy Douglas | Babb | 2/25/15 |
| 38A | Seized Evidence List from November 2013 Search Warrant of Daniel Chase Harris' Residence in Virginia Beach | Jason | 2/19/15 |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 38B | Virginia Beach Police Department Property and Evidence Voucher | Jason | 2/19/15 |
| 39 | iPod 16GB | Taylor | 2/20/15 |
| 40 | Lexar 8GB Thumb Drive | Taylor | 2/20/15 |
| 41 | Dell Desktop Computer with 80GB Hard Drive | | |
| 42 | Mac Time Capsule | Taylor | 2/20/15 |
| 43 | Dell Studio Laptop Computer | Taylor | 2/20/15 |
| 44 | iMac Desktop Computer | ↓ | ↓ |
| 45 | G Drive 750GB | Taylor | 2/25/15 |
| 46 | G Drive 1TB | Taylor | 2/20/15 |
| 47 | iPhone 5 | Taylor | 2/20/15 |
| 48 | Bedford County Sheriff's Office Evidence Custody Documents | Davis | 2/20/15 |
| 49 | Curriculum Vitae of Lt. Josh Taylor, Bedford County Sherriff's Office | Taylor | 2/20/15 |
| 50 | iPhone 5 Lantern Report | | |
| 51 | Open Safari Web Screenshots | ↓ | ↓ |
| 52 | SuperTintin Properties | Taylor | 2/20/15 |
| 52A | SuperTintin 5 Minute Limitation | ↓ | ↓ |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 52B | SuperTintin File Naming Structure | Taylor | 2/20/15 |
| 52C | SuperTintin Recording Mode | | |
| 52D | SuperTintin Format Update | | |
| 53 | DivX Properties | | |
| 54 | Splashtop Streamer Properties | | |
| 55 | Facebook URLs | | |
| 56 | Google Search Queries | | |
| 57 | Teenfuckr.com Cookies | | |
| 58 | girlsonstickam.com URL | | |
| 59 | Erin.pptx/metadata | | |
| 60 | USB Records | ✓ | ✓ |
| 61 | BLANK | | |
| 62 | Lexar 8GB Serial Number | Taylor | 2/20/15 |
| 63 | Presentation1.pptx/metadata | | |
| 63A | Metadata for Ex. 63 | | |
| 64 | Presentation1.pptx (2) | | |
| 64A | Metadata for Ex. 64 | | |
| 65 | Linksys.txt | | |
| 66 | 2010 Dan Harris Tax Return | ✓ | ✓ |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 67 | Harris 1099 | Taylor | 2/20/15 |
| 68 | "John Franklin" Facebook | ↓ | ↓ |
| 69 | iPhone 4 Backup File | ↓ | ↓ |
| 70 | A.L. Forensic Exam Report | Taylor | 2/24/15 |
| 70A | A.L. Skype Contact | | |
| 70B | A.L. Skype Calls | Taylor | 2/24/15 |
| 70C | A.L. Skype Chat Sync | ↓ | ↓ |
| 70D | Verizon Toll Records re: 09/28/13 | Taylor | 2/24/15 |
| 71 | E.K. Forensic Exam Report | ↓ | ↓ |
| 71A | CD of E.K. Videos | Taylor | 2/24/15 |
| 71B | File List of Ex. 71A CD | E.K. | 2/24/15 |
| 71C | E.K. Skype Contacts | Taylor | 2/24/15 |
| 71D | E.K. Skype Messages | E.K. | 2/24/15 |
| 71E | E.K. Skype Calls | Taylor | 2/24/15 |
| 72 | A.W. Forensic Exam Report | | |
| 72A | CD of A.W. Videos | | |
| 72B | File List of Ex. 72A CD | ↓ | ↓ |
| 72C | A.W. Skype Contacts | Taylor | 2/24/15 |
| 72D | A.W. Skype Messages | A.W. | 2/23/15 |

6

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 72E | A.W. Skype Calls | Taylor | 2/24/15 |
| 73 | C.K. Forensic Exam Report | ↓ | ↓ |
| 73A | CD of C.K. Videos | ↓ | ↓ |
| 73B | File List of Ex. 73A CD | C.K. | 2/23/15 |
| 73C | C.K. Skype Contacts | Taylor | 2/24/15 |
| 73D | C.K. Skype Messages | C.K. | 2/23/15 |
| 73E | C.K. Skype Calls | Taylor | 2/24/15 |
| 74 | D.R. Forensic Exam Report | ↓ | ↓ |
| 74A | CD of D.R. Videos | ↓ | ↓ |
| 74B | File List of Ex. 74A CD | ↓ | ↓ |
| 74C | D.R. Skype Contacts (brinelaxballax165671) | Taylor | 2/24/15 |
| 74D | D.R. Skype Contacts (roanokesports16) | Taylor | 2/24/15 |
| 74E | D.R. Skype Messages | ↓ | 2/24/15 |
| 74F | D.R. Skype Calls (brinelaxballax165671) | Taylor | 2/24/15 |
| 74G | D.R. Screenshots | Cynthia R. | 2/23/15 |
| 75 | D.C. Forensic Exam Report | Taylor | 2/24/15 |
| 75A | CD of D.C. Videos | ↓ | ↓ |
| 75B | File List of Ex. 75A CD | ↓ | ↓ |
| 75C | D.C. Skype Contacts | Taylor | 2/24/15 |

7

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 75D | D.C. Skype Messages | Taylor | 2/24/15 |
| 75E | D.C. Skype Calls | Taylor | 2/24/15 |
| 75F | D.C. Skype File Transfers | ↓ | ↓ |
| 76 | K.L. Forensic Exam Report | Taylor | 2/24/15 |
| 76A | CD of K.L. Videos | K.L. | 2/24/15 |
| 76B | File List of Ex. 75A CD | ↓ | ↓ |
| 76C | K.L. Skype Contacts | Taylor | 2/24/15 |
| 76D | K.L. Skype Messages | K.L. | 2/24/15 |
| 76E | ~~BLANK~~ Photos | ↓ | ↓ |
| 76F | K.L. Skype File Transfers | Taylor | 2/24/15 |
| 77 | H.K. Forensic Exam Report | ↓ | ↓ |
| 77A | CD of H.K. Videos and Photographs | Taylor | 2/20/15 |
| 77B | File List of Ex. 76A CD | ↓ | ↓ |
| 77C | H.K. Skype Messages | H.K | 2/24/15 |
| 77D | H.K. Skype Calls (Dell Laptop) | Taylor | 2/24/15 |
| 77E | H.K. Skype File Transfers (Dell Laptop) | ↓ | ↓ |
| 77F | H.K. Skype Picture Transfer (Dell Laptop) | ↓ | ↓ |
| 77G | Screenshot of Reflection Video | Taylor | 2/20/15 |
| 77I | EXIF Data from IMG_0254.MOV and IMG_0255.MOV | Taylor | 2/24/15 |

8

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 77J | Verizon Wireless Bill | Erin Harris | 2/23/15 |
| 78 | Facebook Profile Photographs | Taylor | 2/24/15 |
| 79 | Photographs of Japan Apartment | Erin Harris | 2/23/15 |
| 80 | Profile Picture (sleeveless shirt) | E.K. | 2/24/15 |
| 81 | Notable Videos and Pictures | Taylor | 2/24/15 |
| 82 | Shirtless Video Screenshot | Erin Harris | 2/23/15 |
| 83 | CD of Videos sent to HSI Special Agent Jim Cole | Taylor | 2/20/15 |
| 83A | File List of Ex. 83 | ↓ | ↓ |
| 84 | Videos of Suspect | Taylor | 2/24/15 |
| 84A | CD of Videos of Suspect | ↓ | ↓ |
| 85 | Dell Laptop (Virtual Machine (VM) Screenshots) | Taylor | 2/24/15 |
| 86 | September 30, 2013 VM Screenshots | | |
| 87 | February 4, 2013 VM Screenshots | | |
| 88 | December 22, 2012 VM Screenshots | | |
| 89 | November 26, 2012 VM Screenshot | | |
| 90 | October 23, 2012 VM Screenshot | | |
| 91 | May 23, 2012 VM Screenshot | | |
| 92 | February 23, 2012 VM Screenshot | | |
| 93 | August 17, 2011 Screenshot | ↓ | ↓ |
| 84B | Photo Screenshot | Erin Harris | 2/23/15 |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 94 | AOL E-mail | Douglas | 2/27/15 |
| 95 | Chart | Taylor | 2/25/15 |
| 100 | Search Warrant for "Steve Crofton" Facebook Account | Wolpert | 2/24/15 |
| 101 | Facebook Response re: "Steve Crofton" | | |
| 102 | Yahoo!, Inc. Response re: scrofton@yahoo.com | | |
| 103 | Verizon Online Response re: IP Address 108.11.162.91 | | |
| 104 | Verizon Online Response re: IP Address 108.11.172.5 | Wolpert | 2/24/15 |
| 105 | Known Sample Documents Sent to John Barnett (HSI) | Erin Harris | 2/23/15 |
| 106-109 | BLANK | | |
| 110 | "Steve Crofton" Facebook Profile | Anders | 2/25/15 |
| 110A | Profile Picture from Facebook | | |
| 111 | BLANK | | |
| 112 | Profile Picture from Facebook | | |
| 113 | Screenshots of Facebook Messages between H.M. and "Will Williams"/"Steve Crofton" | Anders | 2/25/15 |
| 114 | Curriculum Vitae of Homeland Security Investigations Special Agent James Cole | Cole | 2/20/15 |
| 115 | Expert Report of SA James Cole | | |
| 116 | PowerPoint of Reflection Video | Cole | 2/20/15 |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 117 | PowerPoint of Atom Comparison | Cole | 2/20/15 |
| 118 | Profile Picture from Facebook | | |
| 120 | Profile Picture from Facebook | C.K. | 2/23/15 |
| 121 | Six-Pack Photo Identification | D.C. | 2/25/15 |
| 122 | "John Anderson" Instruction Letter | Erin Harris | 2/23/15 |
| 123 | Envelope for "John Anderson" Instruction Letter | Sweeney | 2/25/15 |
| 124 | "John Anderson:" Letter | Sweeney | 2/25/15 |
| 125 | "John Anderson" Cover Sheet | ↓ | ↓ |
| 126 | "John Anderson" Envelope to Andrew Sacks | ↓ | ↓ |
| 127 | Stipulation re: "John Anderson" Letter | ↓ | ↓ |
| 128 | BLANK | | |
| 129 | "John Anderson" Text Message to Erin Harris | Erin Harris | 2/23/15 |
| 130 | "John Anderson" Text Message to David Caldwell | ↓ | ↓ |
| 131 | CD of Jail Calls Between Defendant and Christopher Pieczonka | Sweeney | 2/25/15 |
| 132 | "John Anderson" Text Message to Christopher Pieczonka | Pieczonka | 2/25/15 |
| 133 | BLANK | | |
| 134 | CD of Jail Calls Between Lloyd Seabolt and Maria Seabolt | Wolford | 2/27/15 |

11

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 135A | August 6, 2014 "John Anderson" Text Instruction Letter (Seabolt) | Wolpert | 2/27/15 |
| 135B | August 12, 2014 "John Anderson" Text Instruction Letter (Seabolt) | ↓ | ↓ |
| 135C | August 12, 2014 "John Anderson" Text Instruction Letter (Seabolt) | | |
| 135D | August 12, 2014 "John Anderson" Text Instruction Letter (Seabolt) | | |
| 135E | August 12, 2014 "John Anderson" Text Instruction Letter (Seabolt) | | |
| 135F | August 14, 2014 "John Anderson" Text Instruction Letter (Seabolt) | ↓ | ↓ |
| 136 | Text Messages from Maria Seabolt's Cellular Phone | Wolpert | 2/27/15 |
| 137 | BLANK | | |
| 138 | BLANK | | |
| 139A | "John Anderson" Text Instruction Letter (Nelson) | Wolpert | 2/27/15 |
| 139B | "John Anderson" Text Instruction Letter (Nelson) | | |
| 139C | "John Anderson" Text Instruction Letter (Nelson) | | |
| 139D | "John Anderson" Text Instruction Letter (Nelson) | | |
| 139D | "John Anderson" Text Instruction Letter (Nelson) | | |
| 139E | "John Anderson" Text Instruction Letter (Nelson) | | |
| 139F | "John Anderson" Text Instruction Letter (Nelson) | ↓ | ↓ |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 140 | Screenshots of Accounts from "John Anderson" Instruction Letters | Wolpert | 2/27/15 |
| 141 | Curriculum Vitae of Homeland Security Investigations Forensic Document Examiner John Barnett | Barnett | 2/27/15 |
| 142 | Handwriting Analysis Laboratory Report (June 26, 2014) | ↓ | ↓ |
| 143 | Exhibits to June 26, 2014 Report | ↓ | ↓ |
| 144 | Handwriting Analysis Laboratory Report (February 2, 2015) | Barnett | 2/27/15 |
| 145 | Exhibits to February 2, 2015 Report | ↓ | ↓ |
| 146-149 | BLANK | | |
| 150 | CD of November 12, 2013 Interview | Harris | 3/4/15 |
| 150A | Transcript of Ex. 150 Interview | | |
| 151 | Defendant Letter from November 12, 2013 | Harris | 3/5/15 |
| 155 | Stipulation | Taylor | 2/24/15 |

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 77K | Screen Shots | Taylor? | 2/24/15 |
| 160 | Stipulation | Wolpert | 2/27/15 |
| 158 | Cell Phone (Seabolt) | ↓ | ↓ |
| 156 | CD of Jail Calls from DH/JD re: Messages | ↓ | ↓ |
| 152 | Screen Shots on iPhone | Harris | 3/5/15 |
| 200 | Case Assessment (Lars Daniel) | Daniel | 3/2/15 |
| 201 | CD Jail Calls of DH/LD | | |
| 211 | Stipulation | | |
| 212 | iPhone Dynamic Dictionary | | |
| 213 | SP Log file | | |
| 214 | Splashtop Streamer | | |
| 215 | Splashtop (How to Perform Wake-on-Lan) | ↓ | ↓ |
| 216 | List of Videos on iMac Monitor | | |
| 217 | Meta Data | Daniel | 3/3/15 |
| 218 | Recovered Chats | ↓ | ↓ |

14

| No. | Description of Exhibit | Offering Witness | Admitted |
|---|---|---|---|
| 154 | Picture of Dan Harris | Daniel | 3/3/15 |
| 219 | Volume Shadow Copy (Report) | ↓ | ↓ |
| 220 | CEIC 2013 (Conference Slides) | ↓ | ↓ |
| 221 | Reflection of Photo | Harris | 3/4/15 |
| 222 | Verizon Bill | | |
| 203 | Telephone Record | | |
| 223A | Photo of Tree on Child Room Wall | | |
| 223B | Photo of Child Room Wall | | |
| 204 | Rental Car Receipts (Thrifty Car Rental) | | ↓ |
| 153 | July Snivels and Events | | 3/5/15 |
| 202 | Telephone Calls (Various dates) | | |
| 225 | Jail Phone Calls (5/12/14) | | |
| 227 | Application for Shipment and/or Storage | | |
| 224 | Access Denial, Granted & Other Badge Events | | |
| 226 | Correction Summary to SHARP | ↓ | ↓ |