*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk Division

United States of America
PLAINTIFF

V.

Daniel Chase Harris
DEFENDANT

**EXHIBIT LIST**
(Defendant)

CASE NUMBER: 2:14cr76

| PRESIDING JUDGE Mark S. Davis | COURTROOM DEPUTY Valerie A. Ward | COURT REPORTER Paul McManus, OCR |
|---|---|---|
| | PLAINTIFF ATTORNEY(S) Elizabeth Yusi, William Nance | DEFENDANT ATTORNEY(S) Andrew Sacks |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D1 | | | 2/20/15 | **Lt. Travis Amerine** Flight Remarks - May 3, 2011 |
| | D2 | | X | | **Erin Harris** Photo of Dan Harris (Later admitted on 2/25/15) |
| | D19 | | X | | Text messages dated 2/5/12 (Marked I.D. only) |
| | D24 | | X | | Text Messages dated 4/6/12 (Later admitted on 3/2/15) |
| | D23 | | X | | Text Messages dated 4/6/12 (Later admitted on 2/27/15) |
| | D24A | | X | | Text Messages dated (Later admitted on 2/27/15) |
| | D58 | | X | | Flight Schedule July 23, 2013 (Later admitted on 3/3/15) |
| | D93 | | X | | Text Messages June 13, 2011 (Later admitted on 3/2/15) |
| | D106 | | X | | Text Messages August 2011 (Later admitted on 3/2/15) |
| | D113 | | X | | Text Messages May 4, 2012 (Later admitted on 3/2/15) |
| | D3A | | | 2/23/15 | Floor Plan of Apartment in Japan |
| | D13 | | | 2/23/15 | Phone record August 9, 2011 |
| | D2 | | | 2/25/15 | **Lt. Joshua Taylor** Photo of Dan Harris |
| | D23 | | | 2/27/15 | **Judy Douglas** Text Messages dated 4/6/12 |
| | D24A | | | 2/27/15 | **Lloyd Seabolt** Agreement Letter from Government to Mr. Seabolt |
| | D24B | | | 2/27/15 | Written communication between Dan Harris and Lloyd Seabolt |
| | D94 | | | 3/2/15 | **Lt. Commander Dustin Peverill** Flight Data - 7/18/11-9/15/11 |
| | D95 | | | 3/2/15 | Top Gun records from July 22, 2011 |
| | D100 | | | 3/2/15 | **Lt. Commander Dustin Peverill (cont'd)** NSAWC records for August 5, 2011 |

| PRESIDING JUDGE<br>Mark S. Davis | | | | COURTROOM DEPUTY<br>Valerie A. Ward | COURT REPORTER<br>Paul McManus, OCR |
|---|---|---|---|---|---|
| | | | | PLAINTIFF ATTORNEY(S)<br>Elizabeth Yusi<br>William Nance | DEFENDANT ATTORNEY(S)<br>Andrew Sacks |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D101 | | | 3/2/15 | Simulators schedule |
| | D105 | | | 3/2/15 | NSAWC records for August 18, 2011 |
| | D36 | | | 3/2/15 | **Lt. Reed Foster**<br>Strike Fighter Weapons School Atlantic Schedule for February 9, 2015 |
| | D38 | | X | | Citibank Government Card Services Invoice date 3/6/2013 (Later admitted on 3/3/15) |
| | D39 | | X | | Receipt/Thai Island 2/10/2013 (Later admitted on 3/3/15) |
| | D9 | | | 3/2/15 | **Lt. Elliott Shoup**<br>NSAWC records for August 9, 2011 |
| | D98 | | | 3/2/15 | NSAWC records for August 1, 2011 |
| | D118A | | | 3/2/15 | **Lars Daniel**<br>Curriculum Vitae of Lars Daniel |
| | D118B | | | 3/2/15 | Photo of 2 USB |
| | D8 | | | 3/2/15 | Skype Activity 7/23/11 - 3/22/11 |
| | D15 | | | 3/2/15 | Skype Chats 8/18/11 - 7/29/11 |
| | D107 | | | 3/2/15 | Skype Chats 10/17/11 - 10/08/11 |
| | D122 | | | 3/2/15 | Skype Chats 7/24/11 - 7/23/11 |
| | D129 | | | 3/2/15 | Skype Chats 12/25/11 - 12/13/11 |
| | D133 | | | 3/2/15 | Skype Chats 12/28/11 - 12/25/11 |
| | D140 | | | 3/2/15 | Skype Chats 1/27/12 |
| | D165 | | | 3/2/15 | Skype Chats 9/24/12 - 9/9/12 |
| | D183 | | | 3/2/15 | Skype Chats 1/28/13 |
| | D193 | | | 3/2/15 | Skype Chats 2/23/13 - 2/16/13 |
| | D24 | | | 3/2/15 | Recovered Chat Communications 4/6/12 - 4/9/12 |
| | D93 | | | 3/2/15 | Recovered Chat Communications 6/12/11 - 6/14/11 |
| | D106 | | | 3/2/15 | Recovered Chat Communications 8/18/11 - 10/8/11 |
| | D113 | | | 3/2/15 | Recovered Chat Communications 3/29/12 - 5/25/12 |
| | D203 | | | 3/2/15 | Recovered Chat Communications 4/6/12 - 4/9/12 |

| PRESIDING JUDGE      | COURTROOM DEPUTY    | COURT REPORTER       |
|----------------------|---------------------|----------------------|
| Mark S. Davis        | Valerie A. Ward     | Paul McManus, OCR    |
|                      | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|                      | Elizabeth Yusi      | Andrew Sacks         |
|                      | William Nance       |                      |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---------|---------|--------------|--------|----------|-------------------------|
|         | D16     |              |        | 3/3/15   | **Daniel Chase Harris** Flight Schedule – February 10, 2012 |
|         | D26     |              |        | 3/3/15   | Flight Schedule – April 26, 2012 |
|         | D28     |              |        | 3/3/15   | USAA Credit Card Statement of 5/14/12 |
|         | D29     |              |        | 3/3/15   | Recovered Chat Communications 4/26/12 |
|         | D31     |              |        | 3/3/15   | Flight Schedule – May 21-22, 2012 |
|         | D34     |              |        | 3/3/15   | Recovered Chat Communications 5/21/12-5/22/12 |
|         | D38     |              |        | 3/3/15   | Citibank Government Card Services Invoice date 3/6/2013 |
|         | D46     |              |        | 3/3/15   | Verizon Phone Records and Instant Messages 2/8/13 – 2/11/13 |
|         | D41     |              |        | 3/3/15   | Receipt from Paradise Pizza Feb.9, 2013 |
|         | D39     |              |        | 3/3/15   | Receipt from Thai Island 2/10/13 |
|         | D51     |              |        | 3/3/15   | Recovered Chat Communications 4/20/13 – 4/29/13 |
|         | D55     |              |        | 3/3/15   | Recovered Chat Communications 5/2/13- 5/7/2013 |
|         | D58     |              |        | 3/3/15   | Flight Schedule July 23, 2013 |
|         | D60     |              |        | 3/3/15   | Flight Schedule July 24, 2013 |
|         | D76     |              |        | 3/3/15   | Verizon Bill Period 9/13/13 – 10/12/13 |
|         | D71     |              |        | 3/3/15   | Receipt from Jolly's Liquor 9/28/13 |
|         | D73     |              |        | 3/3/15   | Recovered Chat Communications 9/26/13 – 9/29/13 |
|         | D87     |              |        | 3/3/15   | Sector Key West Gym Log |
|         | D75     |              |        | 3/3/15   | Recovered Chat Communications 9/29/13 |
|         | D88     |              |        | 3/3/15   | Sector Key West Sign In Log |
|         | D91     |              |        | 3/3/15   | Citibank Government Card Services Invoice date 5/6/11 |
|         | D109    |              |        | 3/3/15   | Recovered Chat Communications 2/6/12 – 2/8/12 |
|         | D111    |              |        | 3/3/15   | Recovered Chat Communications 3/15/12 – 318/12 |
|         | D114    |              |        | 3/3/15   | Flight Schedule – May 25, 2012 |

| PRESIDING JUDGE |
|-----------------|
| Mark S. Davis   |

| PRESIDING JUDGE Mark S. Davis | COURTROOM DEPUTY Valerie A. Ward | COURT REPORTER Paul McManus, OCR |
|---|---|---|
| | PLAINTIFF ATTORNEY(S) Elizabeth Yusi William Nance | DEFENDANT ATTORNEY(S) Andrew Sacks |

| PLF NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D116 | | | 3/3/15 | Flight Schedule - May 16, 2012 |
| | D118 | | | 3/3/15 | Recovered Chat Communications 5/16/12 - 5/18/12 |
| | D204 | | | 3/4/15 | Daniel Chase Harris Flight Times 1/6/11 - 5/18/11 |
| | D80 | | | 3/4/15 | Instant Messages 10/5/13 |
| | D82 | | | 3/4/15 | iPhone Images 1652-1659, 346-351 & 663-669 |
| | D83 | | | 3/4/15 | Flight Schedule - 10/9/13 |
| | D84 | | | 3/4/15 | Instant Messages 10/8/13 - 10/9/13 |
| | D248 | | | 3/4/15 | Instant Messages 10/6/13 - 10/21/13 |
| | D246 | | | 3/4/15 | iPhone images |
| | D244 | | | 3/4/15 | iPhone images |
| | D242 | | | 3/4/15 | Recovered Chat Communications  6/15/13 - 7/29/13 |
| | D164 | | | 3/4/15 | SFWSL records for 9/13/12 |
| | D184 | | | 3/4/15 | Citibank Government Card Services Invoice 2/6/13 |
| | D96 | | | 3/4/15 | Citibank Government Card service Invoice 8/6/11 |
| | D191 | | | 3/4/15 | SFWSL records for 2/20/13 |
| | D192 | | | 3/4/15 | SHARP entries for December 2011; February, March, June and August of 2012; and January, February and May of 2013 |
| | D267 | | | 3/4/15 | Application for Shipment and/or Storage of Personal Property |
| | D268 | | | 3/5/15 | Daniel Chase Harris Text Messages |
| | D269 | | | 3/5/15 | Flight Schedule |