United States District Court
Eastern District of Virginia
Norfolk Division



FILED
IN OPEN COURT

MAR  -9  2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

DANIEL CHASE HARRIS

VERDICT

CASE NUMBER: **2:14cr76**

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

*Pursuant to the E-Government Act, original of this page has been filed the Clerk's Office.*

## VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT DANIEL CHASE HARRIS:**

| | | |
|---|---|---|
| AS TO COUNT 1 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 2 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 3 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 4 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 5 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 6 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 7 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 8 .................................................... | ✓ Guilty | _____ Not Guilty |
| AS TO COUNT 9 .................................................... | ✓ Guilty | _____ Not Guilty |

AS TO COUNT 10 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 11 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 12 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 13 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 14 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 15 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 16 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 17 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 18 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 19 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 20 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 21 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 22 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 23 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 24 ..................................................  ✓_____     _____
                                                                    Guilty       Not Guilty

AS TO COUNT 25 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 26 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 27 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 28 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 29 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 31 ............................................................  ✓ Guilty     ____ Not Guilty

AS TO COUNT 32 ............................................................  ✓ Guilty     ____ Not Guilty

REDACTED COPY

_____                    March 9, 2015
FOREPERSON'S SIGNATURE                             DATE