```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                       NORFOLK DIVISION

 3                                              EXHIBIT 1

 4  UNITED STATES OF AMERICA,    )
                                 )
 5           Plaintiff,           )
                                 )
 6  v.                            )    Criminal Action No.:
                                 )           2:14cr76
 7  DANIEL CHASE HARRIS,          )
                                 )
 8           Defendant.           )

 9

10              EXCERPT OF JURY TRIAL PROCEEDINGS

11       (Direct Examination of Selected Defense Witnesses)

12
                              Norfolk, Virginia
13                            February 27, 2015

14

15  BEFORE:      THE HONORABLE MARK S. DAVIS
                 United States District Judge, and a Jury
16

17

18  Appearances:

19       OFFICE OF THE UNITED STATES ATTORNEY
                 By: ELIZABETH M. YUSI, ESQUIRE
20                   WILLIAM W. NANCE, ESQUIRE
                     Counsel for the United States
21
         SACKS & SACKS
22               By: ANDREW M. SACKS, ESQUIRE
                     Counsel for Defendant
23

24       The Defendant appearing in person.

25

         Paul L. McManus, RMR, FCRR Official Court Reporter
```

I N D E X

WITNESSES ON BEHALF
OF THE DEFENDANT:                                          Page

**GORDON ARTHUR CROSS**
Direct Examination by Mr. Sacks............             3

**FITZHUGH LEE**
Direct Examination by Mr. Sacks............            10
Redirect Examination by Mr. Sacks..........            16

1          (On February 27th before the jury as follows:)

2                              * * *

3          GORDON ARTHUR CROSS, having been duly sworn, was

4  examined and testified as follows:

5                         DIRECT EXAMINATION

6  BY MR. SACKS:

7  Q.    Good evening, sir. Would you please give the ladies and

8  gentlemen of the jury your full name?

9  A.    Gordon Arthur Cross.

10 Q.    And what is your current occupation?

11 A.    I am a captain in the United States Navy. I'm the

12 commanding officer of Air Test and Evaluation Squadron 9,

13 commonly referred to as VX-9.

14 Q.    And what does that squadron do, just in a word or two?

15 A.    Little challenging to sum up, but we are responsible for

16 operational testing of every new box, or weapon system, that

17 comes on board our strike fighters, which are the airplanes that

18 are mostly on the aircraft carriers.

19 Q.    What is your current duty station?

20 A.    China Lake, California. Naval Air Weapons Station China

21 Lake, California.

22 Q.    How long have you been in the United States Navy?

23 A.    24 and a half years.

24 Q.    And without telling us every single command, can you give

25 us just a brief summary or highlight of the commands that you

1  have been in?
2  A.   So flight school, which is kind of all over the place.  My
3  first JO tour was in Lemoore, California, Junior Officer Tour.
4  Went to test pilot school, Navy test pilot school.  Did a test
5  school in Pax River.  Then did my department head tour, your mid
6  tour, you know, 10 years in the Navy, did that out of Beaufort,
7  South Carolina.  Then I went to Tampa for my joint duty.  And I
8  had command of a squadron out in Japan.  And Washington D.C.,
9  which eventually you have to go to.  And now skipper out in
10 China Lake.
11 Q.   And what type of fighters did you command in the squadron
12 in Japan?
13 A.   F-18s.
14 Q.   Is that also known as the Hornet?
15 A.   Yes.
16 Q.   And what years, if you can recall, approximately did you
17 serve as a commanding officer of that squadron in Japan?
18 A.   I served from September 2008 to December of 2009.
19 Q.   So about 14 months?
20 A.   15 months, yes.
21 Q.   15 months.  Do you know the defendant in this case, Lt.
22 Daniel Chase?
23 A.   Absolutely.
24 Q.   And when did you first meet Lt. Harris?
25 A.   I took command in September of 2008.  And I don't recall

1  exactly, but it was, it was pretty soon after that.  I want to
2  say that I knew Dan for about 10 or 11 months when we were over
3  in Japan together.
4  Q.    What air station was that?
5  A.    That was at Naval Air Facility, Atsugi, Japan.
6  Q.    How many pilots like Lt. Harris did you supervise at that
7  time?
8  A.    So at the time I had 18 air crew total as the commanding
9  officer.  I probably had, like Dan, about eight junior officers
10 that were aviators.
11 Q.    Now, have you since Lt. Harris, or since you left the
12 squadron in December of 2009, have you remained generally in
13 touch with what Lt. Harris's doings have been?
14 A.    I have.  I've been, I have heard or kept up with his career
15 as well.  And I think I sent him a congratulatory email, and
16 maybe saw him one time when we were in the squadron, kind of the
17 junior officers got together out here in Oceana.
18 Q.    Now, going back first of all to the time that you
19 supervised him for the 14 months, how closely did you get to
20 know him in terms of an individual?
21 A.    Well, I supervised him for about eleven months, sir.
22 Q.    Eleven months.
23 A.    When you are in a Naval fighter squadron, it's a very
24 intimate group.  Kind of has to be.  Professionally, every day I
25 worked with him very, very closely.  Certainly on the ship when

1  we pulled into port. Knew his wife well, as I did all the
2  spouses. You're in Japan, so kind of the village raises the
3  children; it's a very tight group. Do everything together. So
4  to quantify it, I would say pretty close. Certainly on a
5  professional side.
6  Q.   All right. Now, what did you observe about the closeness
7  or not of his relationship with his wife?
8  A.   I think it was just like any another young couple. Spent
9  lots of time together, were very supportive of each other on the
10 ship. We had email then, which is nice, and phones. So I
11 didn't see it to be unusual from any of the other relationships
12 with husband and spouse.
13 Q.   Did he appear to be loving towards his wife?
14 A.   Yes, sir.
15 Q.   Now, with respect to following military orders and
16 directives, what kind of lieutenant was -- or what kind of
17 officer was Mr. Harris?
18 A.   So my responsibility as skipper is the mentorship and
19 professional development of my officers in my squadron. I take
20 it very seriously. So for Dan, it was both becoming a Naval
21 officer and a combat-experienced fighter pilot. Aviator. And
22 Dan took it very seriously, and he was very good at it. As I
23 have well documented in my, you know, my evaluations of him as a
24 junior officer. He came along well. Everybody who shows up
25 shows up kind of cocky after finishing flight school and never

```
 1  having gone to the ship at night, and they learn very, very
 2  quickly.
 3  Q.   Did you observe him to be the kind of aviator who strictly
 4  followed orders?
 5  A.   Yes.
 6  Q.   Was he the kind of person who strictly followed what's on
 7  the flight schedule for the business of the day?
 8  A.   Yes.  Flight schedule's an order from the commanding
 9  officer.
10  Q.   Was he the kind of person who followed the types of orders
11  such as --
12           MS. YUSI:  Your Honor, I'm going to object to the
13  leading.
14  BY MR. SACKS:
15  Q.   To what extent did he follow orders to do FOD walkdowns,
16  for example?
17  A.   FOD walkdowns are not required, sir.  They're on the flight
18  schedules.  Depends on your business of the day.  Obviously if
19  you're briefing or flying late at night you would not be able to
20  make a early FOD walkdown.  But in general, Dan embraced the
21  complete intent of FOD walkdowns and what was on the flight
22  schedule.
23  Q.   Do you have any knowledge of him ever missing a FOD
24  walkdown?
25  A.   Yes.  He missed FOD walkdowns, as did I and everybody else
```

Case 2:14-cr-00076-MSD-DEM   Document 149-1   Filed 07/06/15   Page 8 of 15 PageID# 1436

G.A. Cross - Direct - Sacks                                              8

```
 1  because of the business of the day.
 2  Q.   If his day required him to fly and he had to take off from
 3  that strip, would you expect him to have done his FOD walkdown?
 4  A.   I need you to amplify for me, sir.
 5  Q.   If he were flying on a particular day and had to do a FOD
 6  walkdown to make sure that the area was free of debris that
 7  could be dangerous to him or the plane, would you expect him to
 8  make that walkdown?
 9  A.   I would, sir.
10  Q.   On that day?
11  A.   If, if the brief time and the flight time did not overlap
12  with the designated FOD walkdown time, or other duties that were
13  deemed more important by an officer of Dan's caliber, he
14  certainly could have judged that.  Absent those things, yes, I
15  would expect him to be at a FOD walkdown.
16  Q.   Did you, during the time that you supervised him, from time
17  to time hear people speak of his general reputation as a person?
18  A.   Yes.
19  Q.   And have you continued up to the present to be privy to
20  those kind of comments from time to time?
21  A.   Once I left Japan, not really.  I have to be, I have to say
22  no.  And that's somewhat the nature of our business, is when you
23  switch command to command you become very intimate and close
24  with the folks that you're currently serving with.  And then you
25  split up.  And also, I was the commanding officer.  I was, I was
```

G.A. Cross - Direct - Sacks 9

1 close to Dan and I knew him well, but I not prohibited, but it
2 just is not within good practice and good order and discipline
3 to be super buddy-buddy with everybody. So yes, I had heard
4 from other parties, I was aware of what Dan was doing, but we
5 didn't, we didn't talk a whole lot. So from I'd say after the
6 first six or seven months after I left the squadron, it was rare
7 that I heard a whole lot of information.
8 Q. Did you tell us earlier you have kept up with him though
9 until basically the present?
10 A. Sir I have, I have kept up with his professional career in
11 terms of where he has gone and what he has done, and, but I have
12 not -- Dan and I haven't talked, spoken a whole lot or exchanged
13 a whole lot of emails, but that's not incredibly unusual for a
14 post skipper and a JO either.
15 Q. During the time you supervised him in 2008 and 2009, do you
16 know for those 11 months what his reputation was for being a
17 truthful person?
18 A. Absolutely. That was his reputation.
19 Q. I was going to ask you, what was his reputation?
20 A. He was, he was, he was excellent. Excellent in every
21 regard with the troops, the loyalty of his troops. I never,
22 ever was concerned or thought for a moment that Dan would
23 mislead or lie to me. Our business, again, is too important for
24 that. So that was absolutely his reputation.
25 Q. Would you believe him under oath?

Paul L. McManus, RMR, FCRR Official Court Reporter

```
 1  A.   I would.
 2  Q.   And finally this:  Were you familiar generally with his
 3  reputation during that time for being someone who follows the
 4  law?  A law-abiding person?
 5  A.   Yes, sir.  Absolutely.
 6  Q.   And what was that reputation?
 7  A.   Just as you described:  As somebody who follows the law.
 8  Part of our business, the law, the procedures, my direction, my
 9  guidance, my intention, all of that.
10       MR. SACKS:  All right, sir.  Captain, thank you very
11  much.  I know you've come a long way.  We appreciate that.  If
12  you would answer the government, please.
13                          * * *
14       FITZHUGH LEE, having been duly sworn, was examined and
15  testified as follows:
16                     DIRECT EXAMINATION
17  BY MR. SACKS:
18  Q.   Good evening, sir.
19  A.   Good evening.
20  Q.   Would you please give the ladies and gentlemen of the jury
21  your full name?
22  A.   Fitzhugh Lee.
23  Q.   And what is your current occupation, sir?
24  A.   I am the Naval Air Force's Total Force Director at the
25  Naval Air Forces in San Diego, California.
```

1  Q.   Was is your rank?
2  A.   Captain.
3  Q.   And what, in a word or two, does your current command
4  involve?  What type of work?
5  A.   We man, train and equip Naval Air Forces.  So that's over
6  100,000 folks.
7  Q.   How long have you been in the United States Navy?
8  A.   21 years and some change.
9  Q.   And can you tell us, without going through every single
10 detail, the highlights of your career leading up to your current
11 command?
12 A.   Okay.  Commissioned in 1993.  Went to be Assistant Naval
13 Attache in Paris for a few months and went to flight school,
14 selected for Hornets.  I did a couple of tours over Iraq at
15 CAW-2 and 151 as a Hornet pilot.  Became an instructor after
16 that.  Went to War College.  Worked for Senator McCain for a
17 year.  Had command of VFA-27.  I think I just went through it
18 really quickly.  And have been at Air Force NAV now for going on
19 four years.
20 Q.   In your current position?
21 A.   Hmm-hmm.
22 Q.   Do you also have another pursuit or avocation that's not
23 military?
24 A.   I'm highly involved in the community of Coronado, yes.
25 Q.   Do you teach at all?

```
 1  A.   I do.  First Baptist Church, Coronado.
 2  Q.   How long have you been A Sunday school teacher?
 3  A.   Well, there for two years.
 4  Q.   All right.  Is that something you've done in the past?
 5  A.   Hmm-hmm.
 6  Q.   Now, Captain, I want to ask you, do you know the defendant
 7  in this case, Lt. Dan Harris?
 8  A.   I sure do.
 9  Q.   And when did you first meet Lt. Harris roughly?
10  A.   It was in 2008.  I say roughly, because I can remember the
11  first day I met him.  It was actually in Lemoore.  He was going
12  to VFA-27, I knew I was going to VFA-27.  I actually tell you
13  the room he was walking out of when I met him.  And then of
14  course I joined the squadron in September of 2008.
15  Q.   And that's VFA-27?
16  A.   Hmm-hmm.
17  Q.   And where did you join the squadron?  In what place?
18  A.   In Japan, at Atsugi.
19  Q.   Was this an F-18 fighter squadron?
20  A.   It was.
21  Q.   Who was the immediate preceding commanding officer of that
22  squadron?
23  A.   Captain Gordo Cross.  Gordon Cross.
24  Q.   Is he the gentleman who just testified?
25  A.   He was.
```

```
 1  Q.    Did he relieve him of his position and come in as the new
 2  CO?
 3  A.    I did.
 4  Q.    And was the Lt. Harris already there in Japan when that
 5  happened?
 6  A.    He was.
 7  Q.    How long did you serve as the commanding officer of VFA-27
 8  while Lt. Harris was there?
 9  A.    December of 2009?  It was a 15-month tour.  So March is
10  when I, March of 2011 is when I left command.  So it was
11  December when I took over 15 months prior to that.
12  Q.    All right.
13  A.    So end of 2009, going into all of '10 and then spring of
14  '11.
15  Q.    During that 15-month period, were you his commanding
16  officer?
17  A.    I was.
18  Q.    And did you get to know him very well?
19  A.    Yes.  Like I do all of my junior officers, yeah.
20  Q.    Did you have practically daily contact him?
21  A.    Oh, yeah.  Absolutely.
22  Q.    And were you required to write evaluations and analyses of
23  his behavior and his performance?
24  A.    Yes, sir.
25  Q.    Now, do you know -- well, first of all, was he the kind of
```

```
 1  Naval officer who followed strictly the orders given to him?
 2  A.   Absolutely.
 3  Q.   And if there were scheduled events on a schedule for flight
 4  or FOD walkdowns or whatever it might be that required his
 5  presence, was he the kind of officer who followed those
 6  directions?
 7  A.   Absolutely.
 8  Q.   During the time that you supervised him in Japan did you,
 9  from time to time, hear what others who knew him had to say
10  about him generally, first in terms of how they viewed him?
11  A.   Generally speaking.  I think like you would in any social
12  situation, yes.
13  Q.   All right.  And did you know generally his reputation
14  amongst those that you worked and lived for being a truthful
15  person?
16  A.   Oh, sure.  Absolutely.
17  Q.   And what was that reputation?
18  A.   Like every one of my, you know, officers.  Absolutely fine
19  reputation.  I mean, you don't tell the truth, you wouldn't be
20  in my squadron or Captain Cross's squadron.  So it almost goes
21  out without saying in our business.  We kind of have to have
22  trust -- I mean, we're flying in combat together.  So we kind of
23  trust each others with our lives.  That is a big deal.
24  Q.   And was that his reputation?
25  A.   Sure.
```

1   THE WITNESS: Sure.

2                       * * *

3              REDIRECT EXAMINATION

4   BY MR. SACKS:

5   Q.   In your opinion, Captain, is Mr. Harris the kind of person
6   that would engage in that conduct?
7   A.   Not the person I knew.
8           MR. SACKS: That's all I have, sir. Thank you.
9           (Excerpt concluded.)

                         * * *

                          - - -

                     CERTIFICATION


        I certify that the foregoing is a true and complete
excerpt of the transcript of proceedings held in the
above-entitled matter.

Paul L. McManus,
Official Court Reporter

*Digitally signed by Paul L. McManus, Official Court Reporter*
*DN: cn=Paul L. McManus, Official Court Reporter, c=US, email=pmcmanusocr@verizon.net*
*Date: 2015.03.01 14:43:09 -05'00'*

                Paul L. McManus, RMR, FCRR

                          Date