EXHIBIT 2

Monday April 28th, 2014

Dear Mr. A Sacks,

My name is Jennifer Hovland and I am writing on behalf of my cousin, Daniel Harris. I am one of three girls with a myriad of female cousins, so growing up Dan was a strong brotherly figure in my life. Dan has always had a contagious sense of humor and easygoing personality coupled with a strong work ethic and love for family, making him a wonderful person to grow up with. From excelling at lacrosse at the Naval Academy to being top gun at flight school, Dan has been a role model in leadership and perseverance to our family. After my grandfather, a former Navy admiral, passed away, our family looked to Dan as a strong male figure to help lead our family.

Dan has carried over these same values into establishing his own family. Dan is a great dad who loves his children dearly. When his son, 'Sully' was struggling to learn to talk, Dan responded with patience and perseverance to help his son develop his language skills. As a certified Speech Language Pathologist, I have worked with several parents with children with communication challenges and in my personal and professional opinion, Dan demonstrated great compassion and love for his child during this difficult period.

Overall I would characterize Dan as a man who loves his family and his country and I am thankful for all of his sacrifice and service.

Sincerely,

Jennifer Hovland

# ROBERT A. ERLANDSON

28 April 2014

To: Mr. A. Sacks,

I write on behalf of Lt. Daniel C. Harris, USN, who is accused of various offenses allegedly involving a 13-year-old girl from Bedford, Va.

First, please allow me to introduce myself. I am a former naval officer and a retired 43-year reporter and foreign correspondent of The Baltimore Sun.

Because of his posting in Japan and then to Oceana, I have not spent a whole lot of time with Dan. But in the course of my ongoing six-year relationship with his grandmother, Carolyn Wolkensdorfer, widow of Rear Admiral Daniel J. Wolkensdorfer, I have observed and have heard a great deal about Danny, as the family calls him.

To say that news of Dan's arrest and the nature of the charges came as an atomic shock is no over-statement.

What I know of Dan, from personal observation and family conversations, is that he is a man of the highest integrity and sterling character. I stand by that, these allegations not withstanding.

He would have to be to achieve what he has, through the Naval Academy, into flight training as a jet fighter pilot, through the Top Gun School, one of the toughest and most selective sections of the U.S. Navy.  Only the best are chosen to go there, and Dan came through at the top of his class.

But, is the Dan Harris that we know the secret sexual predator that he has been demonized as since his arrest?

Personally, I doubt it.  I simply refuse to believe that he would risk everything, family, career, even his freedom, for something like the alleged incidents. It is totally out of his character, as I know it.

He is devoted to his wife and two children, the second only a few months old. As a flight instructor, Dan would have had little time to do all the things that are alleged.

In short, in my opinion, Dan Harris is a real Boy Scout, in the best sense of that term.

Sincerely yours,

**From:** Annie Hovland <
**Date:** April 28, 2014 at 9:22:30 PM EDT
**To:** Judy Douglas <                           >
**Subject: Character Reference**

See below for my letter - also if you think it would be more meaningful I can hand write it or at least print it out and sign it ... I just won't be able to do that until tomorrow when I am in the office and have access to a printer/scanner.  Let me know.

Mr. A Sacks,

Thank you for taking the time to consider this letter.  My name is Annie Hovland and I graduated last year from the University of Virginia and am now a young professional working in Denver, Colorado.  More importantly, I am Danny's younger cousin.

I have known Danny for as long as I can remember.  His family and mine were and still are very close, we have always spent holidays, vacations, birthdays and more together.  I only have fond, positive memories of Danny.  As one of three girls I looked to Danny as an older brother and admired him for his fun-loving personality, sincerity, and drive among many other things.

I have only spoken of Danny with admiration, and thought of him as someone to look up to.  I have never seen or noticed any behavior in Danny that would lead me to believe that he is capable of the charges being accused of him.  In my experience, Danny has been nothing but a joy to be around and someone who honestly cares about other people and would never do anything to hurt someone.

Sincerely,
Annie Hovland

1

Patrick Reilley

13 November 2013

My name is Patrick Reilley and I have known Dan Harris since we were seventeen years old. We grew up playing lacrosse against each other on opposing, rival high school teams in our hometown of Syracuse, NY. Our bond was further strengthened as we entered the U.S. Naval Academy together where we competed as teammates on the men's varsity lacrosse team for four years. I have been privileged to call him a friend for almost half my life.

Dan has had one dream his entire life – to be a Navy pilot. He achieved that goal, but the manner in which he carried himself throughout the difficult and demanding journey to his ultimate achievement was the more impressive feat to observe.

He epitomized the definition of character, always choosing to work harder rather than accept shortcuts from himself or those he surrounded himself with. He stood up for those that could not stand up for themselves, as he was unafraid to challenge those he knew to be in the wrong. I personally watched him as he once confronted a friend on an ethically questionable decision they made. He earned my respect that day even though, internally, I knew it was a difficult and unpopular decision for Dan to make.

Dan consistently sacrificed his own personal desires, deferring instead to the interests of his friends, family, and all those who knew him. An incredibly intelligent and driven individual, Dan frequently tutored and mentored students in his profession, giving up his own free time to ensure his friends achieved their goals. His selflessness and compassion was not limited to just his friends, but extended to all those he came in contact with.

He did all this with an upbeat, positive outlook and strong sense of humor. He was a joy to be around.

Throughout our relationship, Dan has always been a dependable, loyal friend who I could trust and rely on in any situation. His commitment to his friends and family was unwavering. I have been in awe of all that he has achieved in his life, but more importantly, I have been amazed at the character, commitment, and compassion he has displayed while doing it.

The situation that has transpired is unimaginable to me and is not indicative in any manner of the person I know Dan Harris to be.

Patrick A. Reilley
U.S. Naval Academy
Class of 2005

**From:** Christine Stewar
**Date:** April 28, 2014 at 9:03:37 PM EDT
**To:**
**Subject: Daniel Harris**

TO: Mr A Sacks

SUBJECT: Character reference for Daniel Harris

We first met Daniel Harris in 1990 when we were transferred to New Hampshire by the US Army. We moved into the same neighborhood in Milford, NH and our son Jonathan and Dan became good friends. Their friendship led to a family friendship that has lasted through many moves and many years. We knew at that time that Dan was a young man with focus and goals that always included a future in the US Navy. Dan was always outgoing and very respectful. You could tell during the four years we lived in the same community that he was a leader that other kids listened to and wanted to be his friend . We left New Hampshire in 1994 but kept in touch through letters and followed Dan's growth as a student and athlete. Eventually he met one of his life long goals by being accepted to the US Naval Academy. He was a stand out at the Academy as a student and an athlete. We reconnected with Dan and his family when we moved to Annapolis while Dan was still attending the Academy. We were able to spend time with Dan and his family and caught up on family and on Dan's successes at the Academy. We also attended Dan's wedding and got to speak with many of his friends and classmates during the wedding weekend. We have always known Dan to be a man with integrity, character and a strong supportive family. Dan comes from a family with a strong military heritage and a commitment to service to our nation. We would be glad to provide any further information you require with respect to Dan's background and character. Feel free to contact us at any time

Sincerely,

Douglas and Christine Stewart

1

Douglas Hovland

28 April 2014

Dear Mr. A. Sacks:

I have been fortunate to know Dan Harris ever since he was born.  As his Uncle, I treasure the memories of the numerous vacations and family gatherings we shared while he was growing up.  I remember my three daughters looking up to Danny as a big brother.  He was always very caring and thoughtful to them.  Dan and I share similar backgrounds as United States Naval Academy graduates and Naval Aviators.  As Dan progressed through the Academy and aviation training he took the time to select a few small gifts for me along the way to remind me of my past experiences. After Dan became married and started his own family, he fully embraced the role as an involved and loving father.  I truly believe Dan Harris has a good heart and is of sound character.  I am very hopeful that he can soon be allowed to resume his role as a loving husband and father.

Sincerely,


Douglas Hovland
CAPT USN (Ret)

April 28, 2014

Dear Mr. A Sacks,

I'm writing in regards to my cousin Daniel Chase Harris.  Growing up as the oldest of three girls, I always thought of Dan as my "older brother."  Our moms are sisters, we are 1 year apart in age, and have spent many a holiday and summer vacation together over the past 29 years.  We even lived together for a little while as kids.  As we got older I introduced Dan to his wife, Erin, who was a high school friend of mine.

Through the years Dan has always been a caring, trustworthy, loving cousin and friend to me.  He chose to take me under his wing, rather than see me as an annoying younger cousin.  While I attended UVA, my friends and I would take road trips to watch him at his lacrosse games, and a few times he and his friends came to visit me in Charlottesville.  Dan is easy to bring to any social setting, and all of my friends that have met Dan adored him (especially Erin who married him!).

Dan loves his family and friends, and is incredibly patient.   He works hard and is passionate about flying.  I can't count how many times I watched the movie Top Gun with him as a kid.  None of us were surprised when he joined the Navy, nor when the family dog was named Maverick.

I love Dan with all my heart, and trust him completely.  Since the charges were filed in November, I have not been able to think of one "aha moment" to make the charges make any sense.   I have tremendous respect for Dan, and look forward to this case being resolved.

Regards,

Lauren Hovland

April 28, 2014

Dear Mr. A. Sacks,

Thank you for taking the time to read this letter being written in support of Daniel Chase Harris. I am his mother's sister and I have known Danny since he was an infant. I am also a respected professional in our local business community. Our families spend a lot of time together to include regular get togethers as well as many holidays and summer vacations.

Danny is very special to me for many reasons. I am a mother of three daughters and Danny has been like a big brother to my girls who are all very successful young adults. When we heard the news of the charges being filed against Danny, none of us could believe this was happening. I can honestly say that I have never observed anything that would make me think Dan is capable of the type of behavior included in the charges. To the contrary, I think of Dan as considerate, respectful and a genuine young man. I am proud to be his Aunt and fully support him in his endeavors to prove his innocence.

Respectfully,

*Mary Hovland, CPA*

Mary Hovland, CPA

**From:** Jonathan Stewart
**Date:** April 29, 2014 at 8:50:32 AM EDT
**To:** "
**Subject: Character Reference**
**Reply-To:** Jonathan Stewart

TO: Mr A Sacks

SUBJECT: Character reference for Daniel Harris

I was fortunate to meet Daniel Harris in 1990 when we moved to the same
neighborhood as his family in Milford, New Hampshire.  As member of a US Army
family, I was well versed in the moving process, and knew how difficult it was to meet
new people. By design, the movers pulled the first item from the truck, my bicycle, and
within minutes I was riding around the neighborhood to explore.

To this day I remember seeing Dan in his yard playing, and stopped to see what he was
up to. We began talking and quickly realized we had similar interests, and became fast
friends. From the beginning Dan was clear in what he wanted to do in life – fly jets for
the US Navy. For my part I knew I wanted to join the Army, so we often talked about
how our military careers could intersect.
The difference between Dan and other kids, even at a young age, was there was no
doubt in anyone's mind that he would achieve his goal. Watching him play football, and
later lacrosse, you could tell he had a passion to compete and lead his teammates.

In 1994 we experienced another transfer to a new town. Unfortunately, the next town
did not have a Dan Harris, nor did the following stop.

Our families kept in touch over the years, and the friendship was rekindled when my
parents relocated to Annapolis Maryland, where Dan was attending the Naval Academy,
and his family was residing in town as well. During the Naval Academy lacrosse run at
the National Championship, I watched the game as his dedication to the academy and
teammates was broadcast on ESPN. I just laughed because true to his word, he would

1

not only fly jets, but was competing for a national title. My mind went back to the days in Milford, watching him play football with the same determination and leadership. How many kids set such high goals at a young age, and actually see them through?

I was fortunate to attend Dan's wedding and spent some time catching up. Speaking to classmates and friends, it was clear that the Dan we knew in Milford, New Hampshire not only fulfilled his dream to fly jets, but became a solid leader and mentor.

Jonathan Stewart

Thomas R. Douglas,

29 April 2014

Mr. Andrew Sacks
Sacks & Sacks
150 Boush Street
Norfolk VA 23514

Dear Mr. Sacks:

It is my honor to provide you a character reference for my son, Dan Harris. I met Dan in 1987 shortly after he turned 4 years old. For the ensuing nearly 27 years I have been honored to be his father. I was also privileged to know his grandfather, Daniel Wolkensdorfer, a Navy Admiral and Naval Pilot himself as well as one of the most caring, loving, and gentle men I have ever known. Named after his grandfather Danny followed in his grandfather's footsteps both as a Naval Pilot and a caring, loving, gentleman that has made his father as proud as I could possibly be of him.

From an early age it was clear that Dan had a single minded focus, he was going to be a Top Gun pilot. His games, his interests, and his life revolved around that objective. Throughout his adolescent and teen years, Dan did everything he could possibly do to achieve his goal and his High School friends were in awe of his focus and his drive. It is rare indeed to find a young man who knows what he wants to do from a very young age, does all that he can to achieve it, and is successful. There could be no greater demonstration of Dan's character and his dedication to doing what is right than an offer of appointment from both the United States Military Academy at West Point and the United States Naval Academy. Tens of thousands of young men and women apply each year in hopes of being given an appointment to one of these prestigious institutions; Dan received an appointment to both.

At the Naval Academy, Dan again demonstrated commitment to his objective of being a Navy Pilot by successfully completing the requirements for an engineering degree majoring in one of the most difficult areas of study, Aerospace Engineering, all while playing major college lacrosse for four years. He was respected by his classmates and the officers that were his professors and his mentors. He was known for the high standards for moral behavior and integrity in which he held both himself and those around him. There was never any doubt among the Naval Aviation officers assigned to the Academy that Dan would be offered an opportunity to fly.

This same dedication to excellence carried through his naval career. He exelled in everything he did, achieving the highest score ever recorded for a future naval aviator in his flight training. A clear example of his dedication to excellence can be found in a visit to his squadron in Japan by the Commander of the Air Group (CAG), the senior naval aviator on the USS George Washington. The CAG made a special trip to the maintenance office where Dan had additional assigned responsibilities so that "he could see excellence in action". Dan was recognized with this honor as a junior officer with fewer than two years "in the fleet".

Dan married Erin Caldwell, they were clearly in love with and dedicated to one another. When they had their first child, Sully, Dan embraced the responsibilities of fatherhood like few do. He adores his young son and will do anything for him while also ensuring that Sully has a firm grounding in right and wrong. With the birth of their daughter, Everly, Dan was on top of the world. He was continuing to excel in his job with a bright future that could very well have led to the achievement of Flag (Admiral) rank and has a wonderful family that he loves very much.

It is incomprehensible that Dan could have done that of which he is accused. It is simply not in his nature to prey on anyone, least of all young women and girls. To risk everything he has worked so hard to achieve is not Dan. I am confident that he will be proven innocent of all with which he is charged. It is my hope that he will have an opportunity to work to clear his name free of incarceration.

I have watched Dan grow as a child and as a man. I respect and look up to him as a man, a father, and a husband. I am proud to be his father. I love him very much.

Thomas R. Douglas

Harry Don Jenkins                                  March 3, 2014

To: Mr. A. Sacks

Personal Character Reference for Daniel Chase Harris

It is with steadfast resolve that I offer this letter on behalf of Daniel Chase Harris. Since August 2001, the Harris family has been part of our family.  It was Parents' Weekend at the United States Naval Academy for the Class of 2005 and our boys began a journey that became an incredible sacrifice on behalf of FREEDOM!

As a retired Naval Officer and the Naval Academy Liaison Officer for the Midlands of Columbia, SC, for the past twenty-six years, I have had the honor and privilege of assisting many young South Carolinians achieve their lifetime goal of attending Annapolis.  In my capacity for the Naval Academy, I have evaluated hundreds of the best and brightest.  Realizing that upon their appointment to the United States Naval Academy, each of these young persons will become military leaders.  In recent years, the very Midshipman I influenced became combat leaders and defended our freedoms in Iraq and Afghanistan that we enjoy here in America.  It is this freedom that prompts me to submit this character reference for my personal friend, Daniel Harris.

Since 2001, I have had personal contact and family interaction with the Douglas family (Harris' parents) closely. Our families have spent many days together either in Annapolis or Columbia.  In fact, Harris' sister attended the University of South Carolina for two years as recently as 2010 and the parents have been in our home on several occasions.  This family is solid. Tom and Judy Douglas are model parents and significant contributors to society. I share this first, to make it clear that there is no possible doubt in my mind that the foundation from whence Harris comes is true, positive and honorable to the highest degree.

Harris was my son's roommate at Annapolis until their graduation in 2005. As a graduate myself,  I spent many weekends in Annapolis with the boys over their four years. In very close observation and personal recognizance I testify that these young men lived a life above reproach. Harris is a superb athlete and incredible student. When most of his classmates were on liberty, he was forever dedicated to his studies and Lacrosse. Anyone close to Division I sports in America will realize the dedication and commitment required of a varsity athlete.  Couple that with leadership duties within the Brigade of Midshipmen and academics in the Aero Department, Harris exemplified himself throughout his Academy career.

My close observation at this juncture of Harris' career saw no evidence of any dysfunction, nor tendency outside the honor and integrity of a man destined for greatness in our Navy's air arm.

Fast forward into the Fleet and Harris did what he always does. He became a candidate for "Top Gun" honors in his air wing, serving in Japan and deployed on Carrier Battle Groups as a key member of his squadron. The man has ice water flowing through his veins, not deviant nor misdirected behaviors.

As a party to the wedding of Dan and Erin in 2007 my beliefs were confirmed. Here was a beautiful couple, supported by an incredible family core, gathered where military life began (Annapolis) and committed to one another.  The warriors who returned from the battlefield to celebrate this wedding bespoke the exceptional respect all Harris' classmates had for him. Yet another testimony that this man is of strong character and high moral standard.

After serving an accompanied tour with his family to Japan, Harris returned stateside to claim his achievements in the Pacific Theatre and begin the rare ascension into "the best of the best" in Navy Air.  He and his wife have two beautiful children for whom a man like Harris would guard with his very life. There is no reasonable possibility of any wayward behavior by this young man.

To reiterate my position, as a local law enforcement officer with Richland County Sheriff Department and as LCOL in the South Carolina State Guard with the Provost Marshal Detachment, I, too, stand for right and justice.  However, I strongly request that you weigh all the facts, consider the character of the young man concerned and the reputation of his family.  To honor life of all concerned, let us not allow any bit of evidence unturned, nor a "guilty before proven innocent" mentality cloud the investigation that could very well ruin the lives of those who have done nothing but sacrifice for the strength and freedom afforded the American people though military service by Daniel Chase Harris.

I strongly commend Daniel C. Harris as a man of honor and integrity.

Sincerely,


Harry D. Jenkins
LCDR USNR-R (RET)

**From:** Chynna Steve <
**Date:** April 29, 2014 at 6:50:43 PM EDT
**To:**
**Subject: Reference Letter**

Hi!

This is the reference letter I wrote. Let me know if there's anything else I can do!

Chynna

To Mr. A. Sacks,

I wanted to give a reference of character for Dan Harris. I've known the Douglas family for about 8 years now, and in all that time, I have been able to see the love and morality that they posses, and Dan is no exception to that. Dan is an incredibly intelligent and caring man. He loves his family and has always cared for them with his heart and soul.

Seeing primarily his relationship with his younger sister, Dan has always been available to guide her and provide her with love and support. He's made such an effort to be involved in her life. I can recall one particular instance a couple of years ago when she had a few of her friends over at the family house and he and his wife and child were visiting. He had always listened to her over the years, so it was only natural that he knew who we all were as soon as each of us arrived. He listened and participated in our conversations and discussions the entire time and never talked down or dismissed us. We all felt, and feel, as though he's our older brother as well. He's also always been a resource for her, and now that she's engaged, to her fiance as well.

Dan's children light up his world. All the time he spends playing with them and taking an interest in their growth and development truly show. When he and his family were visiting one Thanksgiving, he and his son were up early. Sometimes the games children play are nonsensical and make no difference to adults, but nothing made Dan or his son light up more than to play with a collection of colored straws for over an hour. Had the events of the day not started, they probably could have gone on playing together for another hour. When he found out that his wife

1

was having another child, and a girl, I remember his sister telling me that he was so ecstatic and declared that she would be a "Daddy's Girl".

Dan has always been, and I'm sure will continue to be a wonderful representation of what I would expect a man to be; intelligent and caring with a lifelong dedication to his family and friends.

Thank you for your time.

Sincerely,

Chynna Steve


Chynna Steve

Jennifer Ceccorulli

Mr. A. Sacks

I wanted to take the time to write to you about someone who has been a part of my life for the last ten years. Dan Harris came into my life when his family moved to Annapolis, Maryland from Syracuse, New York. His sister, Clarine Douglas and I became very good friends and I still maintain a great relationship with the Douglas/ Harris family. In fact, I think of them as my own second family.

Although Dan was busy at the Naval Academy and then Flight School and on to pursuing his professional and personal life further, he has always been someone I look up to. Not only do I look up to him for his achievements, but I look up to him because of his character. His perseverance, wisdom, and leadership skills are all qualities of someone who I consider to be like a brother to me. More recently, I can see that he has continued to maintain his admirable character into raising a family and his own two beautiful children. I look up to his parenting and family skills because in a few short months, I myself will become a parent to my very first child. I look up to people like Dan to give me the strength and knowledge I will need as I embark on this next chapter in my life. Not only has he maintained a spotless career that most only dream of achieving, but he has also helped to raise a beautiful, loving family. Dan has continued to impress all of us back home with his commendable efforts.

What Dan has accomplished in his lifetime is nothing short of a phenomenon. When the Douglas/ Harris family told me they were headed out to Nevada a few years ago to watch Dan graduate from Top Gun, I thought they were joking because to me that was only something people in Hollywood could "achieve". I thought that accomplishment was only in the movies. For Dan to achieve something so honorable in such a short amount of time is nothing short of amazing.

Growing up in the Naval community, I have seen all of the accomplishments that my friends have achieved while being at the United States Naval Academy and furthermore what they have achieved in their post Naval Academy careers. Just like them, Dan has never ceased to amaze me and it goes without saying that he is one of the most accomplished people I know in and out of that community. I act on any opportunity to tell even a complete stranger about all that he has accomplished. I am beyond honored to call him a part of my family.

Sincerely,
Jennifer Ceccorulli

April 29, 2014

To: Mr. A. Sacks,

When my daughter, Mary, drove from Fairfax, Va. to my home in Towson, Md. to tell me that her nephew and my grandson, Lt. Daniel C. Harris, had been arrested on sex offense charges in Virginia I was totally incredulous, and remain so today.

I watched Danny grow from infancy to the fine young man I saw graduate from the Naval Academy; became an ace jet fighter pilot; marry and father two beautiful children.

He had a strong upbringing and he idolized my late husband, Rear Adm. Daniel J. Wolkensdorfer, for whom he is named. Danny would never do anything that could reflect poorly on his grandfather's reputation in the Navy. He was taught honor and integrity and, in my opinion, he learned the lessons well.

Fitness reports are the Navy's way of evaluating its officers, professionally and personally. A review of Danny's reports would give a clear indication of his character and professional reputation. I doubt you would find him rated less than outstanding in any category.

Unfortunately, we have no information about the evidence purporting to support the allegations. But nothing in his life would lead me to believe that Danny would or could have done the things the state alleges.

I write not only as a proud grandmother but also as a 35-year Navy wife who knows what it takes to be successful in the military. Based on my knowledge of Danny Harris, my only grandson, it would take proof well beyond a reasonable doubt to convince me of his guilt.

Sincerely,

Carolyn M. Wolkensdorfer

Dear Mr. Sacks,

  It is my honor to provide you with a character reference for my older brother, Dan Harris.  As I began to write this, it troubled me that this was only supposed to be a couple of paragraphs. There is no way I can describe the most incredible brother a younger sister could ask for in that short of a letter, but I will do my best. My brother is my protector, my role model, and my friend.  Since the day I was born my brother and I had a bond unlike any other. He is the most intelligent, trust worthy, and kindhearted man I know and I am beyond proud to be his sister.

  I was born on September 15th, 1989. Ever since that day my brother was looking after me. Being six years old at the time, it would be easy for a young boy to be bored with or ignore his infant sister, but he never did. Our age gap never affected our relationship. We may have had our arguments over the computer, the phone, what to watch on TV, etc.… but whenever I had nightmares or was scared at night, my brother would willingly calm me down, make sure I was alright, and help me make a little bed of blankets next to his bed so I would feel protected. Even when my brother left for the United States Naval Academy, he always managed to keep an eye on me to make sure I was making good choices.

  Once we moved to Annapolis it felt so great to have my older brother near by. In 2004, Dan was there for me when I needed him most when I was sexually abused by one of his classmates and former friend. At the time I was 15 years old, my abuser was 24 years old, and he would regularly come over to our home to pay us a visit. During that time he would take advantage of me and force me to perform sexual acts on him. I withheld this information from my family for over a year until he contacted me through Facebook while he was in training. The second my brother found out he became an absolute mess. He could not believe someone he trusted would do that to someone so much younger, let alone his sister. To Dan, acts like this are completely inexcusable and therefore he ended his long time friendship and demanded that he never contact our family or me again. Because of this incidence among many other reasons, I know my brother could never have performed the acts that he is being accused of.

  I look up to my brother as a professional, a husband, and a father. How many people do you know express their desire for a certain profession at a young age, and actually do it? Sitting through what felt like thousands of viewings of "Top Gun" and playing "G.I.-Joe" on a regular basis, there was no question my brother was going to be a pilot for the Navy. His determination to become a pilot always pushed me to dream big and never settle. Not only is he a professional, but also he is a wonderful husband. I look up to the way my brother treats my sister-in-law. With my upcoming nuptials right around the corner, I feel honored to be marrying a man who is just as loving, caring, and supportive as my brother is to his wife. Lastly, my brother is an incredible father. The second Sullivan Cade Harris was born my brother devoted his life to being the best father he could be to his son. Sullivan is now 3 and is the most fun, outgoing, and adventurous little boy because he has a wonderful father. And then Everly Belle Harris was born and immediately became daddy's little girl. Dan is the best dad and these kids need their amazing dad in their life.

  I love and trust my brother more than anything. He is such an incredible person and anyone that knows him can easily say it is such an honor to know him. I can say with

certainty that my brother did not commit the acts that he is accused of because it simply is not his nature. Thank you very much.


Sincerely,
Clarine Marguerite Douglas

April 29, 2014

Dear Mr. Sacks,

I have been asked to write a letter of character for Daniel Chase Harris, of which I am most happy to complete. Judy Douglas, Dan's mom has been a friend for over four decades. We became reunited in 2001 when both our sons entered the Naval Academy class of 2005. My opinions of Dan's character and integrity begin from that time frame.

Dan is a man of immense integrity and is kind and thoughtful. I have seen him in his parent's home, when a midshipmen, and always willing to help whatever task needed completion or assistance, even though it was his time off from his arduous schedule at the Naval Academy. In addition to family he was always a willing assistant to classmates. Dan always seems to have an engaging smile and helpful disposition.

In more recent years I have seen him as he has visited his parents in Annapolis. He is an attentive and supportive husband that seems to deeply love and respect his wife and accommodate her needs and schedule. More recent years the visits included the children and I view him as a marvelous father whom adores his children. He was thoroughly involved in their care and his interactions were always with great joy and peace filled.

I hope this information helps identify the core character of Dan Harris.

Sincerely,
Peggy Wilckens

5 May 2014

To whom it May Concern:

My name is Erin Harris and I am the wife of Daniel Harris. We have been married seven years this July and have been a part of one another's lives for the better part of the last decade. With this letter, my only goal is to attest to the character of my husband, as I've known it to be true, with what I have seen, experienced and heard for myself over the last several years.

As a friend and service member, Dan has always been incredibly well respected, tremendously successful and humble to boot. The number of close friends made and kept over the years is a testament to his outgoing personality, glass-half-full nature and self-deprecating humor that endears people to him. He has always made friends easily, cared about those around him, and found joy in being surrounded by friends and family. Despite the current situation, I still haven't encountered anyone who has something bad to say about him. Instead I find only confused friends who cannot find shades of the Dan that they know in what we have learned since November.

As a husband, Dan has always far exceeded any and all expectations I ever had for him these last seven years. As a girlfriend of mine said to me recently, Dan is the husband that always made the other husbands look bad. I can count the number of times I've ever seen him upset on one hand, but would need thousands of hands to count the number of times that he has made me grateful for his presence in my life. I have never known him to be anything other than generous, supportive, thoughtful, compassionate, caring, kind, mild-mannered, considerate, helpful, and loving. To my knowledge, he has never been anything short of the perfect husband to me and I've always considered myself to be very lucky when it came to him. Outside of the present situation, I've continually felt valued, loved and secure when it came to our relationship and his commitment to me.

As a father to our two young children, Dan has always been second to none. Our kids have only ever known a gentle-spirited, protective and fun-loving Dad who kissed boo-boos, never missed a haircut, loved soccer practice, comforted in the middle of the night, built a swing set and dreamt for the future. If he could go into work late in the morning, he would. If he could make it home for a quick lunch, he would. If he could be home early in the evening, he would. He was hands-on, encouraging, invested, helpful, devoted and absolutely loved every aspect of being a dad and he was wonderful at it. He was naturally gifted when it came to being a father and I do not doubt that he has tremendously loved our children since day one.

In closing, I reiterate the fact that I can only attest to Dan's qualities and nature as I myself have known them to be true. The current situation aside, I've never encountered anything about Dan that has led me to believe he's anyone other than who I have known him to be.

Respectfully,

Erin Harris

To Whom It May Concern:

I have known Dan Harris for over 13 years. During that time I have never personally witnessed an action or statement that would have me question his character. I have served with him in four different military units and he has excelled during his service and has never received any disciplinary actions. He shows up to work on time, gives his best, and then retires to his recall.

Very Respectfully

Travis Amerine