To whom it may concern,

Attached is a list (partial) of information I possess that I believe you would be very interested in having. All I ask in return is that you break me out of Western Tidewater Regional Jail in Suffolk Virginia; <u>First</u>, and <u>Quickly</u>.

My country, that I have faithfully served since 2001, found me guilty of 31 felonies that I did not commit. And to make it worse they took my wife and children from me. So if they no longer believe in me, then I no longer believe in them.

In return, once out and under your protection, all my knowledge is yours. I was a Navy F-18 pilot, Topgun graduate and air to air employment expert w/ extensive experience in Pacific area of operations and U.S Air Force fighters (Joint Operations).

They read all of my out going and in coming mail, hence the fake name on the envelope. But if I am not out soon I will write the Russian Embassy (or if I haven't heard any further instructions by ~~March 5th~~ Apr 3rd). I am currently in Block A-2 (drawing on 2nd page) although I may be in ~~illegible~~ E-1 this weekend... This is more than I can take...

~~I believe this letter~~, the schedule it is written on and a google search of me in Virginia Beach will prove my sincerity/honesty. The decision is yours but if you don't act fast it will be gone.

Daniel Harris

| CDR S. J. BELLACK | | CDR M. E. MCGUIRE |
|---|---|---|
| COMMANDING OFFICER | | EXECUTIVE OFFICER |
| **CDO** | | **ACDO** |
| ISC ORNER | | 1400-0200: YN2 NEWSON |
| CDO CELL: 757 506-4855 | | 0200-1400: AZ1 PELLETIER |
| | | ACDO CELL: 757 506-4914 |
| **SKEDS WRITER** | | |
| LT GRAHAM | | |
| SFWSL RR: 2337 | | SUNRISE: 0702 |
| VFA-34: 3125 | | SUNSET: 1820 |
| VFA-81: 2066 | | MOONRISE: 0900 |
| VAW-125: 3109 | | MOONSET: 2149 |
| VFA-204: 2837 | | ILLUMINATION: 10 % |
| VFC-111: 2178 | | |



**STRIKE FIGHTER WEAPONS SCHOOL ATLANTIC**
**WEDNESDAY**
**13-FEB-2013**
**(JD 3044)**

### SFARP DET KEY WEST
### FLIGHT SCHEDULE - AIRPLAN REV 4

| EVT | BRF / TO / LND | C/S | A/C | AIRCREW | SQDN | MSN | TMR | HRS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0500 / 0745 / 0845 | BANDIT | FA-18E | MAYO | VFA-81 | RED AIR | 2K4 | ___ | 1,2,3 |
| 2 | 0500 / 0750 / 0850 | BANDIT | FA-18C | SHOUP | VFA-34 | RED AIR | 2K4 | ___ | 1,2 |
| 3 | 0900 / 1000 / 1100 | DEVIL-2 | T-34C | GRAHAM / SFWSL | SFWSL | CURR | 1A1 | ___ | 9 |
| 4 | 0900 / 1000 / 1100 | DEVIL-3 | T-34C | +CO / CDR POULTER | SFWSL | CURR | 1A1 | ___ | 9 |
| 5 | 0845 / 1130 / 1230 | BANDIT | FA-18C | ROBERTSON | VFA-34 | RED AIR | 2K4 | ___ | 3,5,6 |
| 6 | 0845 / 1130 / 1230 | BANDIT | FA-18E | CRONAUER | VFA-81 | RED AIR | 2K4 | ___ | 1, 5 |
| 7 | 1230 / 1515 / 1615 | BANDIT | FA-18C | DURNIN | VFA-34 | RED AIR | 2K4 | ___ | 6,7 |
| 8 | 1230 / 1515 / 1615 | BANDIT | FA-18E | AMERINE | VFA-81 | RED AIR | 2K4 | ___ | 1,3,7 |

### OCEANA FLIGHT SCHEDULE

| EVT | BRF / TO / LND | C/S | A/C | AIRCREW | SQDN | MSN | TMR | HRS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 0630 / 0730 / 1000 | DEVIL-1 | T-34C | +*KEEN / *WYSHAM | SFWSL | LOW SAFE | 1A1 | ___ | 8 |
| 10 | 0900 / 1115 / 1230 | WILDCAT | FA-18C | LATHAM | VFA-131 | 4vDCA | 1A6 | ___ | 4 |
| 11 | 1245 / 1345 / 1545 | DEVIL-4 | T-34C | +*McCAIN / *SPRAGUE | SFWSL | LOW SAFE | 1A1 | ___ | 8 |

### FLIGHT NOTES

| Remarks: | Notes: |
|---|---|
| * VFA-106 Aircrew | 1. OBSERVE SF-8 WAVE 1 BRIEF AND DEBRIEF. |
| + A/C CDR | 2. RED BRIEF AT 0630. |
| % Complete IAE prior to flight | 3. MASS BRIEF. |
| | 4. SFWT 4.3.  2/3 AB 1145 - 1215. |
| | 5. RED BRIEF AT 1015. |
| | 6. OBSERVE SF-8 WAVE 2 BRIEF AND DEBRIEF. |
| | 7. RED BRIEF AT 1400. |
| | 8. NAVY DARE. |
| | 9. VFR. |

### SFARP GROUND SCHEDULE

| TIME | NAME | EVENT | LOCATION |
|---|---|---|---|
| 0500 - 1300 | HARRIS, HUTTER | OBSERVE AND RTO SF-8 | TCTS |
| 0845 - 1530 | FOSTER, LENNON | OBSERVE AND RTO SF-9, SF-8 | TCTS |

TOTAL KNOWLEDGE

F-35 JSF A-C
F-18 A-F HORNET/SUPER HORNET
F-15 C/E EAGLE/STRIKE EAGLE
F-22 A RAPTOR
E-2 C/D HAWKEYE
AIM-120 AMRAAM
AIM-9x SIDEWINDER
AIM-7 SPARROW
MIDS



JHMCS (JOINT HELMET MOUNTED
          CUEING SYSTEM)

CARRIER OPERATIONS / DEFENSE

PACIFIC THEATER

AIR TO AIR TACTICS / TIMELINES FOR
     F-18, F-15, F-22, F-35
SINGLE POINT OF FAILURE
    OF ALL U.S FIGHTER AIRCRAFT

INTEGRATED FIRE CONTROL

U.S PILOT TRAINING / PROFICIENCY

COMMUNICATION CALLS / MEANING

RADARS FOR F-35, F-18, F-15, F-22

U.S KNOWLEDGE OF THREAT CAPABILITIES

ETC...

| TIME | NAME | EVENT | LOCATION |
|---|---|---|---|
| 1230 - 1930 | BAUMANN, PASKO | OBSERVE AND RTO SF-9, SF-8 | TCTS |
| 1300 - 1315 | CO, SHOUP | FITREP DEBRIEF | CO'S OFFICE |
| 1315 - 1330 | CO, MAYO | FITREP DEBRIEF | CO'S OFFICE |
| 1330 - 1345 | CO, GRAHAM | FITREP DEBRIEF | CO'S OFFICE |
| 1345 - 1400 | CO, HARRIS | FITREP DEBRIEF | CO'S OFFICE |

### OCEANA GROUND SCHEDULE

| TIME | NAME | EVENT | LOCATION |
|---|---|---|---|
| 0800 - 0900 | VFA-83 | SESSIONS (4 x VFA-83) | CR 268 |
| 0800 - 1600 | MR. MORGENSTERN | CVW-8 JMPS TRAINING | MISSION PLANNING |
| 0900 - 1000 | VFA-31 | SESSIONS (4 x VFA-31) | CR 268 |
| 1100 - 1200 | VFA-136 | SESSIONS (4 x VFA-136) | CR 268 |
| 1200 - 1300 | VFA-83 | SESSIONS (4 x VFA-83) | CR 268 |
| 1300 - 1400 | VFA-87 | SESSIONS (4 x VFA-87) | CR 268 |

### VAN SCHEDULE

| TIME | NAME | EVENT | LOCATION |
|---|---|---|---|
| 0430 | MAYO, SHOUP, HARRIS, HUTTER | VAN 1 DEPARTS | FLY NAVY |
| 0800 | ROBERTSON, CRONAUER | VAN 2 DEPARTS | FLY NAVY |
| 0800 | FOSTER, LENNON | VAN 3 DEPARTS | FLY NAVY |
| 0930 | GRAHAM | VAN 4 DEPARTS | FLY NAVY |
| 1030 | CO, CDR POULTER | CO'S VAN DEPARTS | FLY NAVY |
| 1200 | DURNIN, AMERINE | VAN 5 DEPARTS | FLY NAVY |
| 1200 | BAUMANN, PASKO | VAN 6 DEPARTS | FLY NAVY |

### WEPS DEPT SCHEDULE

| TIME | NAME | EVENT | LOCATION |
|---|---|---|---|
| 0700 - 1500 | AO1 BLACKEWLL, AO1 LEMAR | VFA-87 CWL | CR 1 |
| 0700 - 1500 | AT2 NICHOLS | CNATTU C/D CRST | CR 2 |
| 0700 - 1500 | AT1 POTTER | VFA-87 CRST | CR 3 |

### TAD / LEAVE

TAD:    ALLISON (CAMP LEJEUNE, 15 FEB)

LEAVE:  NONE

Reviewed by:                                                                 Approved by:

T. R. POULTER                                                                S. J. BELLACK
CDR      USN                                                                 CDR      USN
OPERATIONS OFFICER                                                           COMMANDING OFFICER