9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

Set: 10:00 a.m.
Started: 10:05 a.m.
Ended: 1:30 p.m.
Start: 2:30 p.m.
End: 6:05 p.m.

Date: July 13, 2015
Judge: Mark S. Davis
Court Reporter: Paul McManus
U.S. Attorney: Beth Yusi/ William Nance
Defense Counsel: Andrew Sacks
Courtroom Deputy: Val Ward
Probation Officer: Jason Cole
Interpreter: _____

Case No. 2:14cr76
Defendant: Daniel Chase Harris   (✓) in custody  ( ) on bond

__X__ Came on for disposition.           ✓ Deft. sworn.
_____ Govt/Deft's _____ motion for downward departure.
                 _____ motion for one-level reduction in offense level.
                 _____ Granted.    _____ Denied.
✓ The Court adopts the factual statements *as amended* contained in the Presentence Report
✓ Presentence Report reviewed.        ✓ Objections heard and rulings made.
✓ Evidence presented. (Witnesses and exhibits listed on last page)
✓ Arguments of counsel heard.          ✓ Statement of deft. heard.
_____ The Court made a finding of GUILT as to Count(s) _____.

### IMPRISONMENT:
SENTENCE: Counts 1-29, 31-32 : The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of __600__ months. The term consists of __360__ months on each of counts 1-13, a term of __600__ months on each of counts __14-19__, a term of __240__ months on each of counts __20-28__, a term of 120 months on count __29__, and a term of __240__ months on each of counts __31 and 32__, to be served (concurrently)/consecutively.

✓ The deft. is remanded to the custody of the U.S. Marshal.

_____ The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

_____ If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

_____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

### PROBATION:

_____ The deft. shall be placed on probation for a term of _____ years.

SUPERVISED RELEASE:

☑ Upon release from imprisonment, the deft. shall be on supervised release for a term of _Life_ year(s). This term consists of _Life on each_ counts _1-29_, ~~a term of years on count~~ ___, and a term of _3_ years on counts _31-32_, all to run concurrently.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_____ The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

☑ As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_____ It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

_____ The deft. shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

_____ The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

_____ The deft. shall participate in a program approved by the United States Probation Office for mental health treatment to include anger management. The cost of this program is to be paid by the defendant as directed by the probation officer. The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

✓ The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and the treatment and monitoring of sex offenders, with partial cost to be paid by the defendant, all as directed by the probation officer.

✓ The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

✓ The defendant shall submit to ~~penile plethysmograph~~ *Polygraph,* testing or Abel Assessment for Sexual Interest (ASSI) ~~or similar test~~ as directed by the United States Probation Office as part of his sexual offender therapeutic treatment. The costs of the testing are to be paid by the defendant, as directed by the probation officer. To the extent he wishes to assert his Fifth Amendment rights during such testing, he may do so, and that issue may be brought back to the Court to determine whether the defendant should be compelled to respond.

____ The defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, as directed by the probation officer.

____ The defendant shall submit to polygraph testing as directed by the United States Probation Officer as part of the defendant's sex offender therapeutic program. The costs of the testing are to be paid by the defendant, as directed by the probation officer. To the extent he wishes to assert his Fifth Amendment rights during such testing, he may do so, and that issue may be brought back to the Court to determine whether the defendant should be compelled to respond.

✓ The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer. This includes any internet service providers, bulletin board systems, or any other public or private computer network.

____ The defendant shall participate in a program approved by the U.S. Probation Office for the treatment and monitoring of sex offenders, with partial cost to be paid by the defendant, all as directed by the probation officer.

✓ The defendant shall not engage in employment or volunteer services that allow him access to ~~computers or~~ minors.

✓ The defendant shall have no contact with minor unless supervised by a competent, informed adult, approved in advance by the probation officer.

✓ The defendant shall not have access to or possess any pornographic material or pictures displaying nudity or any magazines using juvenile models or pictures of juveniles.

✓ The defendant shall not utilize any sex-related adult telephone services, web sites, or electronic bulletin boards. The defendant shall submit any records requested by the probation officer to verify compliance with this condition including, but not limited to, credit card bills, telephone bills, and cable/satellite television bills.

\_\_\_\_\_During the term of supervision, the defendant shall not possess or utilize any video gaming system, console, or other such device which would enable contact and/or the sharing of data with other individuals known or unknown to the defendant.

✓ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

✓ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision, upon prior notification to and approval by the court or with a warrant.

✓ The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, e-mail correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

\_\_\_\_\_The defendant shall not sell or offer to sell any item on the internet for another person or entity without pre-approval and authorization from the court or probation officer. This includes, but is not limited to, selling items on internet auction sites.

✓ The defendant shall consent to the use of WI-FI detection devices, to allow the probation officer to detect the presence of wireless signals inside or outside of the defendant's residence.

\_\_\_\_\_The defendant shall not own or be in the presence of domesticated animals, such as dogs, sheep, goats, etc., unless approved by the probation officer.

✓ _____ The deft. shall pay support for his ~~child~~/children in the amount ordered by any Division of Child Support Enforcement or court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant's financial circumstances.

_____ As directed by the probation officer, the deft. shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

_____ The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

_____ The deft. shall provide the probation officer access to any requested financial information.

_____ The deft. shall participate in a program approved by the U.S. Probation Office for financial counseling. The cost of this program is to be paid by the defendant as directed by the probation officer.

_____ The defendant shall obtain a GED or a vocation skill during his period of supervision if not employed full-time.

_____ The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of _____ consecutive months/days. During this time, he/she shall remain at his\her place of residence except for employment and other activities approved in advance by the probation officer.

_____ Deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call forwarding," "caller ID," "call waiting", portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period. Deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

_____ The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychological evaluation, and sex offender treatment. The costs of these programs are to be paid by the defendant as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

_____ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

_____ The defendant shall submit to polygraph testing as directed by the United States Probation Officer as part of his sex offender therapeutic program. The costs of the testing are to be paid by the defendant as directed by the probation officer.

_____ Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision.

# FINANCIAL PENALTIES

__✓__ Court finds deft. is unable to pay fine, cost of prosecution, cost of imprisonment or supervised release.

## SPECIAL ASSESSMENT:

__✓__ As to counts 1-29, 31-32, the deft. shall pay a special assessment in the amount of $3,100.

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

_____ As to count _____, the deft. shall pay a special assessment in the amount of _____.

The total special assessment due is $3,100 and shall be due in full immediately.

## FINE:

_____ The deft. shall pay a fine in the amount of $_____.

## RESTITUTION:

_____ The deft. shall make restitution in the amount of $_____.

_____ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

_____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__✓__ The special assessment/~~fine/restitution~~ is due and payable immediately. Any balance remaining unpaid on the special assessment/fine/restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $_____ per month, until paid in full. Said payments shall commence _____ days after deft's supervision begins.

__✓__ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_____ Each restitution payment shall be divided proportionately among the payees named.

_____ Restitution shall be made jointly and severally with _____.

✓ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

✓ Any special assessment, restitution, ~~or fine~~ payments may be subject to penalties for default and delinquency.

✓ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

✓ The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

✓ The deft. notified of right of appeal.

_____ Court noted that deft. waived right of appeal in plea agreement.

_____ On motion of gov't, remaining counts dismissed.

_____ The deft. is continued on present bond and cautioned re bail jumping.

✓ Court recommends incarceration at *Maryland*
    ✓ a facility as close to the ~~Tidewater Virginia~~ area as possible.
_____ a facility with a drug treatment program when and if defendant qualifies.
✓ *The deft. shall not have any contact with the victims or potential victims of this crime.*

_____ Consent Order of Forfeiture, executed and filed in open court.

Additional Counts/Comments:

_____
_____
_____
_____
_____