April 3, 2017

Honorable Mark S. Davis
Judge, U.S. District Court
Eastern District of Virginia
600 Granby St.
Room 193
Norfolk, VA 23510-1915

Re: <u>U.S. v. Daniel Harris</u>
Case No.: 2:14cr76

Honorable Judge Davis:

I received this court's Order dismissing my Rule 41(g) motion on April 3, 2017. As of this date, I have received zero correspondence from the government, directly to myself or through Ms. Flores, whom again has never been representing me in this matter. I have also never received the government's status update, presumably ECF No. 206, or any other updates if they exist.

I say this so the court can understand my position, which is best described as completely in the dark, as to the implications of the court's Order and what exactly the government has agreed to provide me. The court's Order is unclear if any devices are excluded or if my requested relief was agreed to in full. This is particularly concerning because nearly my entire military career, in the form of documents, pictures and videos, amongst a multitude of my family pictures and videos, is found exclusively on my forfeited laptop -- which has been a point of contention throughout.

It is because of my lack of understanding as to what has occurred that I am filing this motion to reconsider your Order of March 24, 2017. If the court should deny my motion of reconsideration then I wish the clerk to file my notice of appeal, included herein. I do all of this out of an abundance of caution because I also understand that the government may have agreed to my request in full. As my reconsideration motion states, I simply am asking the court for the opportunity to get clarification on these proceedings and if a disagreement arises, the opportunity as promised in the court's February 6, 2017 Order, to file one last brief. I believe that a compromise is truly possible wherein both parties receive the relief requested.

I thank this court for its time and continued patience with pro se litigants, such as myself, as my intentions have never been to waste the valuable time of this court. I originally brought this matter to my trial attorney's attention in March of 2015, before the trial, and then again in July of 2015, before sentencing; however, for reasons unbeknownst to me it was never pursued.

- 1 -

- 2 -

Most Respectfully,

DANIEL C. HARRIS
LT       USN

Encl: (1) Motion for Reconsideration
      (2) Notice of Appeal

- 2 -